# United States Bankruptcy Court
## Western District of Louisiana

In re  **Rooster Energy, L.L.C.**  
Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Rooster Energy, L.L.C.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Rooster Energy Ltd**  
**16285 Park Ten Place Suite 120**  
**Houston, TX 77084**

☐ None [*Check if applicable*]

**June 2, 2017**  
Date

**/s/ Jan M. Hayden**  
**Jan M. Hayden 06672**  
Signature of Attorney or Litigant  
Counsel for **Rooster Energy, L.L.C.**  
**Baker, Donelson, Bearman, Caldwell & Berkowitz, PC**  
**201 St. Charles Ave, Suite 3600**  
**New Orleans, LA 70170**  
**504.566.5200 Fax:504.636.4000**