# ROOSTER ENERGY LTD.

## Consolidated Financial Statements

## Years Ended December 31, 2016 and 2015

# Contents

Independent Auditors' Report

Consolidated Financial Statements

    Consolidated Balance Sheets     1

    Consolidated Statements of Loss and Comprehensive Loss     2

    Consolidated Statements of Changes in Shareholders' Equity (Deficiency)     3

    Consolidated Statements of Cash Flows     4

    Notes to Consolidated Financial Statements     5 - 51



Collins Barrow Calgary LLP
1400 First Alberta Place
777 – 8th Avenue S.W.
Calgary, Alberta, Canada
T2P 3R5

**T.** 403.298.1500
**F.** 403.298.5814
e-mail: calgary@collinsbarrow.com

# Independent Auditors' Report

To the Shareholders
Rooster Energy Ltd.

We have audited the accompanying consolidated financial statements of Rooster Energy Ltd. and its subsidiaries, which comprise the consolidated balance sheets as at December 31, 2016 and December 31, 2015, and the consolidated statements of loss and comprehensive loss, statements of changes in shareholders' equity (deficiency) and statements of cash flows for the years ended December 31, 2016 and December 31, 2015, and a summary of significant accounting policies and other explanatory information.

**Management's Responsibility for the Consolidated Financial Statements**

Management is responsible for the preparation and fair presentation of these consolidated financial statements in accordance with International Financial Reporting Standards, and for such internal control as management determines is necessary to enable the preparation of consolidated financial statements that are free from material misstatement, whether due to fraud or error.

**Auditors' Responsibility**

Our responsibility is to express an opinion on these consolidated financial statements based on our audits. We conducted our audits in accordance with Canadian generally accepted auditing standards. Those standards require that we comply with ethical requirements and plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the consolidated financial statements. The procedures selected depend on the auditors' judgment, including the assessment of the risks of material misstatement of the consolidated financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the consolidated financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of accounting estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements.

We believe that the audit evidence we have obtained in our audits is sufficient and appropriate to provide a basis for our audit opinion.

**Opinion**

In our opinion, the consolidated financial statements present fairly, in all material respects, the financial position of Rooster Energy Ltd. and its subsidiaries as at December 31, 2016 and December 31, 2015, and their financial performance and their cash flows for the years ended December 31, 2016 and December 31, 2015 in accordance with International Financial Reporting Standards.

**Emphasis of Matter**

We draw attention to note 2(b) to the consolidated financial statements which describes the conditions that indicate the existence of a material uncertainty that may cast significant doubt about the Company's ability to continue as a going concern. Our opinion is not qualified in respect of this matter.

(Signed) "Collins Barrow Calgary LLP"

CHARTERED PROFESSIONAL ACCOUNTANTS

Calgary, Canada
April 28, 2017

This office is independently owned and
operated by Collins Barrow Calgary LLP.
The Collins Barrow trademarks are
used under license.


an independent member of
BAKER TILLY
INTERNATIONAL

# Rooster Energy Ltd.
## Consolidated Balance Sheets
*(amounts in US dollars)*

| | Notes | December 31, 2016 | December 31, 2015 |
|---|---|---|---|
| **Assets** | | | |
| **Current assets** | | | |
| Cash | 18 | $ 4,956,497 | $ 1,434,645 |
| Restricted cash | 5(b), 10 | 2,962,000 | 3,585,011 |
| Accounts receivable | 5(b) | 7,375,084 | 17,424,561 |
| Fair value of commodity contracts | 5(d) | - | 4,628,710 |
| Decommissioning contracts receivable | 5(b), 10 | 21,489,123 | 28,519,553 |
| Prepaid expenses | 11 | 2,384,042 | 3,654,129 |
| **Total current assets** | | 39,166,746 | 59,246,609 |
| Fair value of commodity contracts | 5(d) | - | 3,544,455 |
| Decommissioning contracts receivable | 5(b), 10 | 7,232,175 | 15,688,958 |
| Note receivable | 6 | 4,365,068 | 4,234,712 |
| Exploration and evaluation assets | 7 | - | 242,172 |
| Property and equipment | 8 | 25,088,094 | 83,880,422 |
| Asset retirement deposits | 10 | 2,496,800 | 1,873,789 |
| Deferred income taxes | 16(b) | 6,023,000 | 5,921,000 |
| **Total assets** | | $ 84,371,883 | $ 174,632,117 |
| **Liabilities and shareholders' equity (deficiency)** | | | |
| **Current liabilities** | | | |
| Accounts payable and accrued liabilities | 5(c) | $ 13,456,526 | $ 16,622,618 |
| Deferred revenue | 10 | 4,256,878 | 3,977,019 |
| Loans payable | 9 | 57,741,187 | 17,204,707 |
| Accrued interest payable | 9 | 611,600 | |
| Fair value of commodity contracts | 5(d) | 848,286 | - |
| Due to related parties | 20 | 7,715,415 | 8,219,405 |
| Asset retirement obligations | 10 | 23,586,569 | 30,768,877 |
| **Total current liabilities** | | 108,216,461 | 76,792,626 |
| **Long-term liabilities** | | | |
| Deferred revenue | 10 | 3,823,368 | 4,587,358 |
| Loans payable | 9 | 13,744,129 | 54,431,031 |
| Accrued interest payable | 9 | 7,917,410 | 5,608,506 |
| Fair value of commodity contracts | 5(d) | 169,397 | - |
| Due to related parties | 9(i), 20 | 3,601,640 | 3,601,640 |
| Asset retirement obligations | 10 | 16,272,051 | 27,858,624 |
| **Total liabilities** | | 153,744,457 | 172,879,786 |
| **Shareholders' equity (deficiency)** | | | |
| Share capital | 12 | 122,112,182 | 122,112,182 |
| Reserve from common control | | (77,545,026) | (77,545,026) |
| Contributed surplus | 13 | 4,004,443 | 3,873,880 |
| Deficit | | (117,944,172) | (46,688,705) |
| **Total shareholders' equity (deficiency)** | | (69,372,573) | 1,752,331 |
| **Total liabilities and shareholders' equity (deficiency)** | | $ 84,371,883 | $ 174,632,117 |

Going Concern (note 2(b))
Commitments (note 19)
Contingencies (note 22)
Subsequent events (note 23)

*The accompanying notes are an integral part of these consolidated financial statements.*

**Approved by the Board:** *(signed) "Munro Sutherland"*          *(signed) "Leroy F. Guidry, Jr."*

17-50705 - #7-1  File 06/02/17  Enter 06/02/17 20:36:16  Affidavit Declaration or Remed
EXHIBIT 1 to Tamplain Declaration
F. Tamplain, Jr. Pg 4 of 54

# Rooster Energy Ltd.
## Consolidated Statements of Loss and Comprehensive Loss
*(amounts in US dollars)*

| | Notes | Year ended December 31, 2016 | | Year ended December 31, 2015 |
|---|---|---|---|---|
| **Revenue** | | | | |
| Petroleum and natural gas | | $ 12,390,821 | $ | 20,194,751 |
| Well services | | 7,941,341 | | 20,726,089 |
| Decommissioning contracts | 10 | 12,515,007 | | 17,041,325 |
| Production handling | | 639,592 | | 206,876 |
| Revenue before the following: | | 33,486,760 | | 58,169,040 |
| Realized gain on commodity contracts | 5(d) | 9,029,375 | | 8,287,582 |
| Unrealized gain (loss) on commodity contracts | 5(d) | (9,190,848) | | 1,003,195 |
| **Total revenue** | | $ 33,325,288 | $ | 67,459,817 |
| **Expenses** | | | | |
| Lease operating | | 13,482,690 | | 20,732,602 |
| Cost of well services | | 5,494,719 | | 12,972,067 |
| General and administrative | 14 | 6,375,332 | | 12,468,987 |
| Depreciation and depletion | 8 | 4,030,959 | | 6,244,415 |
| Repairs and maintenance | | 394,734 | | 994,982 |
| Bad debt expense | 5(b) | 132,599 | | 798,786 |
| Stock-based compensation expense | 13,14 | 130,563 | | 1,057,501 |
| Impairment of exploration and evaluation assets | 7 | 277,172 | | - |
| Impairment of oil and gas properties | 8 | 55,976,249 | | 27,968,266 |
| Asset retirement expense | 8 | 3,327,060 | | 3,281,784 |
| **Total expenses** | | 89,622,079 | | 86,519,391 |
| **Operating loss** | | (56,296,791) | | (19,059,573) |
| **Gain on a settlement of asset retirement obligations** | 10 | 4,690,995 | | 4,815,928 |
| **Unrealized gain on financing warrants** | 9(vi) | - | | 1,000 |
| **Finance expense, net** | 15 | (19,751,671) | | (12,746,628) |
| **Loss before income taxes** | | (71,357,468) | | (26,989,274) |
| **Deferred income tax recovery** | 16(a) | (102,000) | | (7,804,000) |
| **Loss and comprehensive Loss** | | $ (71,255,468) | $ | (19,185,274) |
| **Loss per share** | 17 | | | |
| Basic | | ($0.22) | | ($0.06) |
| Diluted | | ($0.22) | | ($0.06) |

Please refer to note 21 for segmented information.

*The accompanying notes are an integral part of these consolidated financial statements.*

- 2 -

**Rooster Energy Ltd.**
**Consolidated Statements of Changes in Shareholders' Equity (Deficiency)**
*(amounts in US dollars)*

| | Notes | Number of Common Shares [1] | Common Share Capital Stated Value | Number of Proportionate Voting Shares [1] | Proportionate Voting Shares Stated Value | Reserve From Common Control | Contributed Surplus | Deficit | Total Shareholders' Equity (Deficiency) |
|---|---|---|---|---|---|---|---|---|---|
| Balance, December 31, 2014 | | 259,028,502 | $ 92,949,630 | 65,071 | $ 29,162,552 | $ (77,545,026) | $2,816,379 | $ (27,503,431) | $ 19,880,104 |
| Stock-based compensation | 13 | - | - | - | - | - | 1,057,501 | - | 1,057,501 |
| Proportionate voting shares converted to common shares | 12 | 4,082,000 | 1,829,410 | (4,082) | (1,829,410) | - | - | - | - |
| Loss for the year | | - | - | - | - | - | - | (19,185,274) | (19,185,274) |
| Balance, December 31, 2015 | | 263,110,502 | $ 94,779,040 | 60,989 | $ 27,333,142 | $ (77,545,026) | $3,873,880 | $ (46,688,705) | $ 1,752,331 |
| Stock-based compensation | 13 | - | - | - | - | - | 130,563 | - | 130,563 |
| Loss for the year | | - | - | - | - | - | - | (71,255,468) | (71,255,468) |
| Balance, December 31, 2016 | | 263,110,502 | $ 94,779,040 | 60,989 | $ 27,333,142 | $ (77,545,026) | $ 4,004,443 | $(117,944,173) | $ (69,372,573) |

[1] As at December 31, 2016, the issued share capital of the Company consists of 263,110,502 common shares and 60,989. Proportionate Voting Shares (1,000 to 1 conversion rights), for issued share capital on a fully diluted basis equivalent to 324,099,502 common shares (prior to the exercise of 16,553,836 stock options and 13,429,819 warrants).

*The accompanying notes are an integral part of these consolidated financial statements.*

- 3 -

# Rooster Energy Ltd.
## Consolidated Statements of Cash Flows
*(amounts in US dollars)*

| | Notes | Year Ended December 31, 2016 | 2015 |
|---|---|---|---|
| **Cash provided by (used in):** | | | |
| **Cash flows from operating activities** | | | |
| Net Loss | | $ (71,255,468) | $ (19,185,274) |
| Adjustments for: | | | |
| Depreciation and depletion | 8 | 4,030,959 | 6,244,415 |
| Impairment of exploration and evaluation assets | 7 | 277,172 | - |
| Impairment of oil and gas properties | 8 | 55,976,249 | 27,968,266 |
| Asset retirement expense | 8 | 3,327,060 | 3,281,784 |
| Bad debt expense | 5(b) | 132,599 | 798,786 |
| Stock-based compensation expense | 13 | 130,563 | 1,057,501 |
| Unrealized (gain) loss on commodity contracts | 5(d) | 9,190,848 | (1,003,195) |
| Unrealized gain on financing warrants | 9(vi) | - | (1,000) |
| Unrealized foreign exchange (gain) loss on related party credit facility | 15 | 70,802 | (507,224) |
| PIK interest on senior secured notes | 15 | 3,650,358 | |
| Gain on debt modification | 15 | - | (376,780) |
| Accretion of loans payable discount | 15 | 5,300,881 | 3,075,805 |
| Asset retirement obligations accretion | 10 | 928,419 | 1,378,670 |
| Gain on settlement of asset retirement obligations | 10 | (4,690,995) | (4,815,928) |
| Deferred income tax recovery | 16(a) | (102,000) | (7,804,000) |
| Funds generated from operations | | 6,967,449 | 10,111,826 |
| Cash abandonment costs | 10 | (29,074,940) | (23,877,719) |
| Changes in non-cash working capital | 18 | 8,196,589 | (2,377,105) |
| Changes in decommissioning contracts receivable | 10 | 25,845,303 | 20,854,401 |
| Changes in deferred revenue | 10 | (484,131) | (3,970,225) |
| Changes in accrued interest payable | 9 | 2,775,964 | 2,217,072 |
| **Net cash flows provided by operating activities** | | 14,226,233 | 2,958,250 |
| **Cash flows from investing activities** | | | |
| Capital expenditures for exploration and evaluation assets | 7 | (35,000) | (35,000) |
| Capital expenditures for petroleum and natural gas properties | 8 | (823,691) | (14,765,604) |
| Capital expenditures for machinery and equipment | 8 | - | (103,229) |
| Capital expenditures for office furnishings and improvements | 8 | (7,705) | (13,749) |
| Changes in non-cash working capital | 18 | (679,706) | (771,843) |
| **Net cash flows used in investing activities** | | (1,546,102) | (15,689,424) |
| **Cash flows from financing activities** | | | |
| Proceeds from loans payable | 9 | 2,179,963 | 63,001,619 |
| Repayment of loans payable | 9 | (10,725,273) | (48,973,471) |
| Payment of deferred financing costs | 9 | (119,635) | - |
| Payment of waiver fee | 9 | (493,333) | - |
| **Net cash flows provided by (used in) financing activities** | | (9,158,278) | 14,028,148 |
| **Net increase in cash** | | 3,521,852 | 1,296,975 |
| **Cash, beginning of year** | | 1,434,645 | 137,670 |
| **Cash, end of year** | 18 | $ 4,956,497 | $ 1,434,645 |

Supplemental cash flow information (note 18).

*The accompanying notes are an integral part of these consolidated financial statements.*

# Rooster Energy Ltd.
## Notes to Consolidated Financial Statements
### Years Ended December 31, 2016 and 2015
*(amounts in US dollars)*

1.  General business description

    Rooster Energy Ltd. ("Rooster" or the "Company") is an independent company engaged in the acquisition, development and exploration of petroleum and natural gas and the delivery of well intervention services, including well plugging and abandonment. The Company's principal areas of operation are in the US Gulf of Mexico. The Company is incorporated in Canada under the British Columbia Corporations Act and is traded on the TSX Venture Exchange under the symbol "COQ".

    On November 17, 2014, Rooster closed: (i) a membership interest contribution agreement (the "Cochon Agreement") with the members of Cochon Properties, LLC ("Cochon") to acquire 100% of the membership interests in Cochon (the "Cochon Acquisition"); and (ii) a membership interest contribution agreement (the "Well Services Agreement") and, together with the Cochon Agreement, (the "Agreements") with Morrison Energy Group, LLC, ("MEG") to acquire 100% of the membership interest in Morrison Well Services, LLC ("Well Services") (the "Well Services Acquisition"). The Well Services Acquisition together with the Cochon Acquisition, are hereinafter referred to as the "Transaction". Cochon and Well Services were controlled by a related party who is a significant controlling shareholder and director of the Rooster; consequently, all three entities were under common control at the time of the Transaction.

    The address and principal place of business of the Company is 16285 Park Ten Place, Suite 120, Houston, Texas, USA, 77804.

2.  Basis of preparation

    (a)  Statement of compliance and basis of presentation

        These consolidated financial statements have been prepared in accordance with International Financial Reporting Standards ("IFRS") as issued by the International Accounting Standards Board ("IASB") and interpretations of the International Financial Reporting Interpretations Committee ("IFRIC"), and present the Company's financial position and financial performance as at and for the years ended December 31, 2016 and 2015.

        The financial statements have been prepared on a historical cost basis except for stock-based compensation and certain financial assets and financial liabilities which are measured at fair value.

        The Transaction has been accounted for using the predecessor values since inception method. The consolidated financial statements have been presented by combining the entity financial statements of Rooster, the entity financial statements of Cochon and carved-out financial information of Well Services at their carrying values since the closing date, November 17, 2014 along with comparative periods as if the Transaction had occurred as at the earliest period presented. The difference between the consideration paid and the net assets acquired was recognized in the reserve from common control in shareholders' equity.

        These financial statements are presented in US dollars, except as otherwise noted, which is the functional currency of the Company and its subsidiaries.

        These financial statements were authorized for issue by the Board of Directors on April 28, 2017.

    (b)  Going Concern

        These consolidated financial statements have been prepared on a going concern basis that assumes the Company will be able to realize its assets and discharge its liabilities and commitments in the normal course of operations.

- 5 -

For the year ended December 31, 2016, the Company incurred a loss of $71,255,468 (2015 - $19,185,274), has a working capital deficit of $69,049,715 (2015 - $17,546,018) and an accumulated deficit of $117,944,172 (2015 - $46,688,705). In addition, at December 31, 2016, the Company is not in compliance with certain covenants of its Senior Secured Notes. These events and conditions indicate a material uncertainty that may cast significant doubt about the Company's ability to continue as a going concern.

The ability of the Company to continue as a going concern is dependent upon its ability to generate future profitable operations and obtain financing and renegotiate financing to meet its obligations and repay its liabilities in the normal course of business when they become due, and to generate sufficient funds to continue its capital activities. The Company has taken steps to address the Company's liquidity situation during 2016 and subsequent to year end which are further discussed in notes 5(c) and 23. The Company has engaged restructuring agents to assist in the restructuring of the Senior Secured Notes. The Company entered into a non-binding term sheet setting forth the general terms of a potential acceptable restructuring of the Amended & Restated Note Purchase Agreement (A&R NPA). The Company is and continues to conduct business as usual and will continue in negotiations with the holders of the Senior Secured Notes to restructure the terms and conditions of the A&R NPA and its obligations thereunder in accordance with the term sheet. However, the holders of the Senior Secured Notes may exercise their remedies against the Company at any time since there is no forbearance agreement currently in place. In that event, or if the Company is ultimately unable to finalize the documents to satisfactorily restructure the Senior Secured Notes, then the Company would in all likelihood exercise all of its available alternatives to preserve the going concern value of the Company. Such alternatives could include filing a voluntary petition for relief under Chapter 11 of the U.S. Bankruptcy code, with recognition of any orders entered thereunder in the appropriate jurisdiction in Canada.

These consolidated financial statements do not include adjustments that would be necessary to the presentation and carrying amounts of assets and liabilities in the Company, were it not able to continue operations and such adjustments and reclassifications could be material.

(c)    Basis of consolidation

These consolidated financial statements include the accounts of the Company and its wholly-owned subsidiaries, Rooster Energy, L.L.C., Rooster Petroleum LLC, Rooster Oil & Gas LLC, Probe Resources US Ltd., Cochon Properties, LLC and Morrison Well Services, LLC.

(d)    Use of estimates and judgments

The preparation of financial statements in conformity with IFRS requires management to make judgments, estimates and assumptions that affect the application of accounting policies and the reported amounts of assets, liabilities, income and expenses. Actual results may differ from these estimates.

Estimates and judgments are continually evaluated and are based on historical experience and other factors, including expectations of future events that are believed to be reasonable under the circumstances. Accounting estimates will, by definition, seldom equal the actual results. Revisions to accounting estimates are recorded in the period in which the estimates are revised and in any future years affected.

The following discussion sets forth management's most critical estimates and assumptions in determining the value of assets, liabilities and equity:

- 6 -

*Going concern*

The preparation of these financial statements requires management to make judgements regarding the ability of the Company to continue as a going concern as discussed in note 2(b).

*Common control transaction*

As part of the Transaction, Rooster acquired only property and equipment and prepaid expenses from Well Services. The financial information from Well Services, with respect to material revenues and expenses, was created from carve-out financial statements and have been prepared from the historical accounting records of the Chet Morrison Well Services Division ("CMWS Division") of Chet Morrison Contractors, LLC ("CMC"). The creation of the carve-out financial statements required making certain judgments. All material revenues and expenses specifically identified with the CMWS Division and allocations of corporate expenses have been consolidated from carve-out statements of operations. Financial statements were not previously prepared for the CMWS Division as it had no separate legal status. Furthermore, there was no general ledger for the CMWS Division on a stand-alone basis. Cash management functions were part of CMC and were not performed within the CMWS Division. Corporate allocation of shared expenses is based on management's assumption that the CMWS Division would contribute approximately one-third of the cash flow of CMC and, therefore, an allocation of one-third of shared expenses would be a reasonable allocation methodology.

*Depletion and valuation of property and equipment*

The amounts recorded for depletion and depreciation of components of property and equipment and the valuation of property and equipment are based on estimates. These estimates include proved and probable reserves, future production rates, future petroleum and natural gas prices, future development costs, remaining lives and periods of future benefits of the related assets and other relevant assumptions.

The Company's reserve estimates are evaluated annually pursuant to the parameters and guidelines stipulated under *National Instrument 51-101 - Standards of Disclosure for Oil and Gas Activities*. Changes in reserve estimates impact the financial results of the Company as reserves and estimated future development costs are used to calculate depletion and are also used in impairment calculations.

Judgments are required to assess when impairment indicators or reversal indicators exist and impairment testing is required. The discount rate used to calculate the net present value of cash flows for impairment testing is based on estimates of market conditions, recent asset sales and an approximate Company and industry peer group weighted average cost of capital. Changes in the general economic environment could result in significant changes to this estimate.

The determination of cash-generating units requires judgment in defining the smallest identifiable group of assets that generate cash inflows that are largely independent of the cash inflows from other assets or groups of assets. Cash-generating units are determined by similar geological structure, shared infrastructure, geographical proximity, commodity type, similar exposure to market risks and materiality.

*Asset retirement obligations*

The amounts recorded for asset retirement obligations depends on estimates of current risk-free interest rates, future restoration and reclamation expenditures and the timing of those expenditures.

- 7 -

# Rooster Energy Ltd.

## Notes to Consolidated Financial Statements

### Years Ended December 31, 2016 and 2015
*(amounts in US dollars)*

In most instances, removal of assets occurs many years into the future. This requires judgment regarding abandonment date, future environmental and regulatory legislation, the extent of abandonment activities, the engineering methodology for estimating cost, future removal technologies in determining the removal cost and liability-specific discount rates to determine the present value of these cash flows. Provisions are recognized in the period when it becomes probable that there will be a future cash outflow.

Where some or all of the expenditures required to settle the asset retirement obligation is expected to be reimbursed by another party, judgment is required as to the virtual certainty that the reimbursement will be received and the related asset and deferred revenue are recognized.

*Derivative commodity contracts*

The fair value of derivative commodity contracts are based on published forward commodity prices as at the balance sheet date and may differ from what will eventually be realized. Changes in the fair value of the derivative commodity contracts are recognized in profit or loss. The actual gains and losses realized on eventual cash settlement can vary due to subsequent fluctuations in commodity prices.

*Valuation of accounts receivable*

The valuation of accounts receivable is based on management's best estimate of collectability and provision for doubtful accounts.

*Financial liability modification*

When financial liabilities are modified, they are accounted for as a de-recognition of the carrying value of the pre-modified loan and the recognition of a new loan at the then fair value. In the determination of fair value, the Company uses a discounted cash flow technique which includes inputs that are not based on observable market data and inputs that are derived from observable market data. In the case of its subordinated loans, where available, the Company seeks comparable interest rates. If unavailable, it uses those considered appropriate for the risk profile of a corporation in the industry.

*Stock options and warrants*

The amounts recorded relating to the fair value of stock options and warrants granted are based on estimates of the expected future volatility of the Company's share price (based on historical volatility), risk-free interest rate at the grant date (based on government bonds), expected lives of the instruments (based on historical experience and general option or warrant holder behaviour), expected forfeiture rates (based on historical experience and general option or warrant holder behaviour), expected dividends and other relevant assumptions.

*Income taxes*

The amounts recorded for deferred income taxes are based on estimates as to the timing of the reversal of temporary differences and tax rates currently substantively enacted. They are also based on estimates of the probability of the Company utilizing certain net operating losses and tax pools, which, in turn, is dependent on estimates of proved and probable reserves, production rates, future petroleum and natural gas prices. In addition, they are based on management's estimates of projected future net income from the Company's well services business and changes in legislation, tax rates and interpretations by taxation authorities. The availability of tax pools is subject to audit and interpretation by taxation authorities.

- 8 -

*Business combinations*

Determining whether an acquisition meets the definition of a business combination or represents an asset purchase requires judgment on a case by case basis.

3.   Significant accounting policies

The accounting policies set out below have been applied consistently by the Company to the periods presented in these financial statements.

(a)   Principles of consolidation

These consolidated financial statements include the accounts of the Company and its subsidiaries. Intercompany balances and transactions, and any unrealized income and expenses arising from intercompany transactions, are eliminated in preparing the consolidated financial statements.

(b)   Subsidiaries

A subsidiary is an entity controlled by the Company. Control exists when the Company has the power, directly or indirectly, to govern the financial and operational policies of an entity to obtain benefits from its activities. In assessing control, potential voting rights that are presently exercisable are taken into account.

The financial statements of subsidiaries are included in the consolidated financial statements from the date that control commences until the date that control ceases.

(c)   Business combinations

Business combinations are accounted for using the acquisition method where the acquisitions of companies or assets meet the definition of a business under IFRS. The acquired identifiable net assets are measured at their fair value at the date of acquisition. Any excess of the purchase price over the fair value of the net assets acquired is recognized as goodwill. Following initial recognition, goodwill is recognized at cost less any accumulated impairment losses. Any deficiency of the purchase price below the fair value of the net assets acquired is recorded as a gain in net income (loss). Associated transaction costs are expensed when incurred.

(d)   Common control transaction

A business combination involving entities under common control is a business combination in which all of the combining entities are ultimately controlled by the same party, both before and after the business combination, and control is not transitory. Business combinations involving entities under common control are outside the scope of IFRS 3 *"Business Combinations"*. IFRS provides no guidance on the accounting for these types of transactions and an entity is required to develop an accounting policy. The three most common methods utilized are the acquisition method, the predecessor values since inception method, and the predecessor values from the date of transaction method. The Company has chosen to use the predecessor values since inception method to account for common control transactions. Predecessor values method requires that the financial statements, including comparative financial information, be consolidated using the predecessor carrying values without any step up to fair value. The difference between any consideration and the aggregate carrying value of the assets acquired and liabilities assumed is recorded as a reserve from common control in shareholders' equity. Transaction costs associated with common control transactions are expensed when incurred.

- 9 -

(e)   Joint arrangements

A portion of the Company's petroleum and natural gas activities involve joint arrangements classified as joint operations. The financial statements include the Company's share of these jointly controlled operations and a proportionate share of the relevant revenue and related costs. The Company has assessed the nature of its joint arrangements and determined them to be joint operations.

Joint control exists for contractual arrangements governing the Company's assets where all partners collectively control the arrangement and share the associated risks, the Company has less than 100% working interest, all of the partners have control of the arrangement collectively and spending on the project requires unanimous consent of all parties that collectively control the arrangement and share the associated risks.

(f)   Foreign currency

Foreign currency transactions are initially recorded using the functional currency rates prevailing at the dates of the transactions. Monetary assets and liabilities denominated in foreign currencies are re-translated at the functional currency rates of exchange prevailing at the end of each reporting period. These differences are recognized in the statement of loss. Non-monetary items measured at historical cost in a foreign currency are translated using the exchange rates at the dates of the initial transactions and are not re-translated. Non-monetary items measured at fair value in a foreign currency are translated using the exchange rates at the date when the fair value was determined. The majority of the Company's transactions occur in U.S. dollars and, therefore, the Company has minimal foreign exchange gains or losses.

(g)   Financial instruments

(i)   *Classification and measurement*

Financial instruments are measured at fair value on initial recognition of the instrument. Measurement in subsequent periods depends on whether the financial instrument has been classified as "fair value through profit or loss", "loans and receivables", "available-for-sale", "held-to-maturity", or "financial liabilities measured at amortized cost".

Financial assets and financial liabilities at "fair value through profit or loss" are either classified as "held for trading" or "designated at fair value through profit or loss" and are measured at fair value with changes in fair value recognized in the income statement. The Company has designated cash and commodity contracts as "held for trading" and "designated at fair value through profit or loss", respectively.

Financial assets and financial liabilities classified as "loans and receivables", "held-to-maturity", or "financial liabilities measured at amortized cost" are measured at amortized cost using the effective interest method of amortization. The Company has designated restricted cash, accounts receivable, decommissioning contracts receivable, note receivable and asset retirement deposits as "loans and receivables" and accounts payable and accrued liabilities, loans payable, accrued interest payable and due to related parties as "financial liabilities measured at amortized cost".

(ii)   *Derivative financial instruments*

The Company may enter into certain financial derivative contracts in order to manage the exposure to market risks from fluctuations in commodity prices. The Company's policy is

- 10 -

not to utilize derivative financial instruments for speculative purposes.  Any outstanding financial derivative contracts are classified as "fair value through profit or loss".

Embedded derivatives are separated from the host contract and accounted for separately if the economic characteristics and risks of the host contract and the embedded derivative are not closely related, a separate instrument with the same terms as the embedded derivative would meet the definition of a derivative, and the combined instrument is not measured at fair value through the statement of income.  Changes in the fair value of separable embedded derivatives are recorded in the statement of loss.

The financing warrants associated with the Company's former senior secured notes included in loans payable have been designated as derivative liabilities.  Derivative financial liabilities are recorded upon recognition and subsequently at each balance sheet date at fair value, with changes in fair value being recognized in earnings.

(iii)   *Transaction costs*

Transaction costs related to financial instruments classified as fair value through income (loss) are expensed as incurred.  All other transaction costs related to financial instruments are recorded as part of the instrument and are amortized using the effective interest method.

(iv)   *Impairment*

The Company assesses at each balance sheet date whether there is objective evidence that financial assets, other than those designated as "fair value through the statement of income" are impaired.  When impairment has occurred, the cumulative loss is recognized in the statement of income.  For financial assets carried at amortized cost, the amount of the impairment loss recognized is the difference between the asset's carrying amount and the present value of estimated future cash flows, discounted at the financial asset's original effective interest rate.  When an "available-for-sale" financial asset is considered to be impaired, cumulative gains or losses previously recorded in other comprehensive income are reclassified to the statement of income in the period.  Impairment losses may be reversed in subsequent periods.

(v)   *Debt modifications and extinguishments*

An exchange between an existing borrower and lender of debt instruments with substantially different terms is accounted for as an extinguishment of the original financial liability and the recognition of a new financial liability. Similarly, a substantial modification of the terms of an existing financial liability or a part of it (whether or not attributable to the financial difficulty of the debtor) is accounted for as an extinguishment of the original financial liability and the recognition of a new financial liability.

If a debt modification is deemed to have been accomplished with debt instruments that are substantially different, the modification is accounted for as a debt extinguishment, whereby the Company recognizes currently in income the difference between the fair value of the modified debt and the net carrying amount of the extinguished debt.

If a modification of terms is accounted for as an extinguishment of the original debt any costs or fees incurred is recognized as part of the gain or loss on the extinguishment. However, if a modification is not accounted for as an extinguishment, any costs or fees incurred are an adjustment to the carrying amount of the liability and are amortized over the remaining term of the modified liability.

- 11 -

(h) Equity instruments

Common shares and proportionate voting shares are classified as equity. Incremental costs directly attributable to the issue of shares are recognized as a deduction from equity, net of any tax effects.

(i) Exploration and evaluation expenditures and property and equipment

    (i) *Exploration and evaluation assets*

    Pre-license expenditures incurred before the Company has obtained legal rights to explore an area are expensed. Seismic costs and unsuccessful drilling and related land costs are also expensed.

    Exploration and evaluation costs include the costs of acquiring licenses, exploratory drilling, geological and geophysical activities, acquisition of mineral and surface rights and technical studies and related asset retirement obligations. Exploration and evaluation costs are capitalized as exploration and evaluation assets when the technical feasibility and commercial viability of extracting petroleum and natural gas reserves have yet to be determined. Exploration and evaluation assets are measured at cost, net of impairments, and are not depleted or depreciated. Exploration and evaluation assets, net of any impairment loss, are transferred to property and equipment when proved and/or probable reserves are determined to exist, or expensed if no reserves are found.

    Farm-ins, exchanges or swaps that involve only exploration and evaluation assets are accounted for at cost.

    Expired lease costs are expensed as part of exploration and evaluation expenses as they occur.

    Any gains or losses from the divesture of evaluation assets are recognized in the statement of income (loss).

    (ii) *Property and equipment*

    All costs directly associated with the development of petroleum and natural gas interests are capitalized on an area-by-area basis as petroleum and natural gas interests and are measured at cost less accumulated depletion and depreciation and net impairment losses. Dry hole costs are expensed when incurred and included in exploration and evaluation expenses. These costs include expenditures for areas where technical feasibility and commercial viability has been determined. These costs also include property acquisitions with proved and/or probable reserves, development drilling, completion, gathering and infrastructure, asset retirement obligations and transfers of exploration and evaluation assets.

    Farm-ins, exchanges or swaps of property and equipment are measured at fair value unless the transaction lacks commercial substance, or neither the fair value of the asset received nor the asset given up can be reliably estimated. When fair value is not used, the cost of the acquired asset is measured at the carrying amount of the asset given up. Any gains or losses from the divestiture of property and equipment are recorded in income (loss).

- 12 -

Machinery and equipment are stated at cost less accumulated depreciation and accumulated impairment losses. Cost includes expenditures that are directly attributable to the acquisition of the asset, and subsequent expenditures to the extent that they can be measured and future economic benefit is probable.

Office furnishings and improvements are stated at cost less accumulated depreciation and accumulated impairment losses.

Costs of replacing parts of property and equipment are capitalized when they increase the future economic benefits embodied in the specific asset to which they relate. All other expenditures are expensed as incurred. The carrying amount of any replaced or sold component is derecognized. The costs of the day-to-day servicing of property and equipment are expensed when incurred.

(iii)   *Depletion and depreciation*

Petroleum and natural gas interests are depleted on an area-by-area basis using the unit-of-production method by reference to the ratio of production in the year to the related proved and probable reserves, taking into account estimated future development costs. Production and reserves of natural gas are converted to equivalent barrels of crude oil on the basis of six thousand cubic feet of natural gas to one barrel of oil. Changes in estimates used in prior periods that affect the unit-of-production calculations, such as revisions to proved and probable reserves, do not give rise to prior period adjustments and are dealt with on a prospective basis.

Processing facilities and well equipment are depleted using the unit-of-production method along with the related reserves when the assets are designed to have a life similar to the reserves of the related wells. Where facilities and equipment, including major components, have differing useful lives, they are depreciated separately on a straight-line basis over the estimated useful life of the facilities and equipment and other related components.

Depreciation of machinery and equipment is computed using the straight-line method over the estimated useful lives of the assets which range from 3 to 10 years. Depreciation of machinery and equipment commences when construction has completed and is considered available for use.

Depreciation of office furnishings and improvements is computed using the straight-line method over the estimated useful lives of the assets which range from 3 to 10 years.

(j)   Impairment of non-financial assets

The carrying amounts of the Company's non-financial assets, other than exploration and evaluation assets, are reviewed for indicators of impairment at each reporting date. If indicators of impairment exist, the recoverable amount of the asset is estimated.

For the purposes of assessing impairment, property and equipment is grouped into cash-generating units ("CGUs"), defined as the lowest levels for which there are separately identifiable independent cash inflows. Goodwill, if any, is allocated to the CGUs that are expected to benefit from the synergies of the business combination creating the goodwill.

17-50705 - #7-1  File 06/02/17  Enter 06/02/17 20:36:16  Affidavit Declaration Fair Remedian  EXHIBIT 1 to Tamplain Declaration  E. Tamplain , Jr  Pg 16 of 54

The recoverable amount of a CGU is the greater of its fair value less costs of disposal and its value in use. Fair value is determined to be the amount for which the asset could be sold in an arm's length transaction between knowledgeable and willing parties. Fair value less costs of disposal is determined using discounted future net cash flows of proved and probable reserves using forecast prices and costs and including future development costs. These cash flows are discounted at an appropriate discount rate which would be applied by a market participant. Value in use is determined by estimating the present value of the future net cash flows to be derived from the continued used of the cash-generating unit in its present form. These cash flows are discounted at a rate based on the time value of money and risks specific to the CGU.

An impairment loss is recorded if the carrying amount of an asset or its CGU exceeds its recoverable amount. An impairment loss recorded in respect of a CGU is allocated first to reduce the carrying amount of any goodwill allocated to the CGU and then to reduce the carrying amounts of the other assets in the CGU on a pro rata basis.

Exploration and evaluation assets are assessed for impairment when they are reclassified to property and equipment or when facts and circumstances suggest that the carrying amount exceeds the recoverable amount. Exploration and evaluation assets are tested for impairment separately. If, at any time, it is determined that the Company has no future exploration plans and commercial production cannot be achieved in relation to an area, the associated costs are written down to the estimated recoverable amount, and the amount of the write-down is expensed.

Impairment losses recorded in prior years are assessed at each reporting date for any indications that the loss has decreased or no longer exists. An impairment loss is reversed only to the extent that the asset's carrying amount does not exceed the carrying amount that would have been determined, net of depletion and depreciation, if no impairment loss had been recorded. A goodwill impairment loss is not reversed.

(k)   Provisions and contingent liabilities

Provisions and contingent liabilities are recorded by the Company when it has a legal or constructive obligation as a result of past events, it is probable that an outflow of economic resources will be required to settle the obligation and a reliable estimate can be made of the amount of that obligation. Provisions are stated at the present value of the expenditure expected to settle the obligation. The obligation is not recorded and is disclosed as a contingent liability if it is not probable that an outflow will be required, if the amount cannot be estimated reliably or if the existence of the outflow can only be confirmed by the occurrence of a future event.

(l)   Asset retirement obligations

Asset retirement obligations are recorded for plugging, abandonment and reclamation obligations associated with the Company's exploration and evaluation assets and property and equipment. The best estimate of the future expenditure required to settle the obligation at the balance sheet date is recorded on a discounted basis using a pre-tax risk-free interest rate. The future cash flow estimates are adjusted to reflect the risks specific to the liability. The value of the obligation is added to the carrying amount of the associated exploration and evaluation asset or property and equipment and is depleted or depreciated in accordance with the Company's applicable depletion and depreciation policies. The initial provision is recorded as a liability and accreted over time through charges to finance expenses, with actual expenditures charged against the accumulated obligation. Changes in the future cash flow estimates resulting from revisions to the estimated timing or amount of undiscounted cash flows or the discount rate are recognized as changes in the asset retirement obligations and related asset. Actual plugging and abandonment expenditures up to the recorded liability at the time are charged against the provision as the costs

- 14 -

are incurred. Any differences between the recorded provision and the actual costs incurred are recorded as gain or loss on asset retirement obligations in the statement of loss.

(m)     Revenue recognition

Petroleum and natural gas revenues are recognized when production is sold to a purchaser at a determinable price, delivery has occurred, title has transferred and collectability of the revenue is probable. Revenue represents the Company's share and is recorded net of royalty obligations to governments and other mineral interest owners.

The costs associated with the delivery, including operating and maintenance costs and transportation are recorded in the same period in which the related revenues are earned and recorded.

Well services revenues related to well plugging and abandonment services are recognized when services are provided, collection of the relevant receivable is probable, persuasive evidence of an arrangement exists, and the price is fixed or determinable.

Decommissioning contracts revenue relates to fixed fee contract reimbursements in excess of costs to abandon the asset retirement obligations. Decommissioning activities trigger the reimbursement payments. Any payments that exceed the actual cost of abandonment is recorded as decommissioning contracts revenue on the statement of loss when the work is performed and the cash payment is received. Any payments received prior to the decommissioning work being performed are recorded as deferred revenue and recognized as decommissioning contracts revenue when the associated work is completed.

(n)     Stock-based compensation

Stock options granted to directors, officers and employees under the Company's stock option plan are accounted for using the fair value method under which compensation expense is recorded based on the estimated fair value of the options at the grant date using the Black-Scholes option pricing model. Consultants are classified as employees when the individual is deemed an employee for legal or tax purposes or provides services similar to those performed by a direct employee.

The Company measures share-based payments to non-employees at the fair value of the goods or services received at the date of receipt of the goods or services. If the fair value of the goods and services cannot be measured reliably, the value of options/warrants granted are measured using the Black-Scholes option pricing model.

Each tranche in an award is considered a separate award with its own vesting period and grant date fair value. Compensation cost is expensed over the vesting period with a corresponding increase in contributed surplus. When stock options are exercised, the cash proceeds along with the amount previously recorded as contributed surplus are recorded as share capital. A forfeiture rate is estimated on the grant date and is adjusted to reflect the actual number of forfeitures as they occur.

(o)     Finance income and expenses

Finance income, consisting of interest income, is recorded as it accrues in the statement of loss, using the effective interest method.

Finance expenses comprise interest expense on borrowings, accretion of debt discounts, accretion of the discount on asset retirement obligations, gains or losses on debt modifications and foreign exchange gains or losses on Canadian dollar denominated debt.

Borrowing costs incurred for the construction of qualifying assets are capitalized during the period of time that is required to complete and prepare the assets for their intended use or sale. A qualifying asset is one that takes a substantial period of time to get ready for use or sale.

Where funds are borrowed specifically to finance a project, the amount capitalized represents the actual borrowing costs incurred. Where the funds used to finance a project form part of general borrowings, the amount capitalized is calculated using a weighted average of rates applicable to relevant general borrowings of the Company during the period.

All other borrowing costs are expensed in the period in which they are incurred using the effective interest method.

(p)    Income taxes

Income tax expense comprises current and deferred tax. Income tax expense is recorded in the statement of loss except to the extent that it relates to items recorded directly in equity or other comprehensive income.

Current tax is the expected tax payable on the taxable income for the year plus any adjustment to tax payable in respect of previous years.

Deferred tax is recorded using the liability method, providing for temporary differences between the carrying amounts of assets and liabilities and the amounts used for taxation purposes. Deferred tax liabilities are generally recorded for all taxable temporary differences. Deferred tax assets are generally recorded for all deductible temporary differences to the extent that it is probable that taxable income will be available against which those deductible temporary differences can be utilized.

Deferred tax is not recorded on the initial recognition of assets or liabilities in a transaction that is not a business combination, and at the time of the transaction affects neither the accounting profit nor taxable profit or loss. In addition, deferred tax is not recorded for taxable temporary differences arising on the initial recognition of goodwill.

Deferred tax is measured at the tax rates that are expected to be applied to temporary differences when they reverse, based on the laws that have been enacted or substantively enacted by the reporting date. Deferred tax assets and liabilities are offset if there is a legally enforceable right to offset and they relate to income taxes levied by the same taxation authority on the same taxable entity, or on different taxable entities, where there is the intention to settle current tax liabilities and assets on a net basis or their tax assets and liabilities will be realized simultaneously.

Deferred tax assets are reviewed at each reporting date and are reduced to the extent that it is no longer probable that the related tax benefit will be realized. Unrecognized deferred tax assets are reassessed at each reporting period and are recognized to the extent that it has become probable that future profit will allow the deferred tax asset to be recovered and/or carrying value of temporary differences exceed their tax basis.

- 16 -

EXHIBIT 1 to Tamplain Declaration

(q)   Loss per share

Loss per share is calculated by dividing net loss by the weighted average of number of common and proportionate voting shares outstanding during the period. The Company computes the dilutive impact of common and proportionate voting shares assuming the proceeds received from the pro forma exercise of in-the-money stock options and warrants plus the unamortized portion of stock-based compensation are used to purchase common shares at average market prices during the period.

(r)   Segment reporting

An operating segment is a component of the Company that engages in business activities from which it may earn revenues and incur expenses, including revenues and expenses that related to transactions with any of the Company's other segments. To be classified as a segment, discrete financial information must be available and operating results must be regularly reviewed by the Company's Executive Officers.

Segment capital expenditure is the total cost incurred during the period to acquire property and equipment, exploration and evaluation assets and other intangible assets other than goodwill. Segment results that are reported to the Executive Officers include items directly attributable to a segment as well as those that can be allocated on a reasonable basis. Unallocated items comprise mainly corporate assets, head office expenses and public company costs.

(s)   Recent accounting pronouncements

Changes in accounting policies

There were no new or amended accounting standards or interpretations adopted during the year ended December 31, 2016 that had a material effect on the Company's consolidated financial statements.

Future accounting policies

(i)    IFRS 9, "*Financial Instruments*" provides a comprehensive new standard for accounting for all aspects of financial instruments. It includes a logical model for classification and measurement, a single, forward-looking 'expected-loss' impairment model and a substantially reformed approach to hedge accounting. The new standard is effective for years beginning on or after January 1, 2018.

(ii)   IFRS 15, "*Revenue from Contracts with Customers*" provides a comprehensive new standard for recognition, measurement and disclosure of revenue from contracts with customers, excluding contracts within the scope of the standards on leases, insurance contracts and financial instruments. It specifies how and when to recognize revenue as well as requiring entities to provide more information and relevant disclosure. The new standard is effective for years beginning on or after January 1, 2018, with early adoption permitted. The standard may be applied retrospectively or using a modified retrospective approach.

(iii)  IFRS 16, "*Leases*" will replace IAS 17, "*Leases*". IFRS 16 includes a single recognition and measurement model for leases, with required recognition of assets and liabilities for most leases. The standard is effective for annual periods beginning on or after January 1, 2019, with earlier adoption permitted in the entity that is also applying IFRS 15.

- 17 -

17-50705 - #7-1  File 06/02/17  Enter 06/02/17 20:36:16  Affidavit Declaration or Re-Affirmation
F. Tamplain, Jr. Pg 20 of 54

EXHIBIT 4 to Tamplair Declaration

The Company is currently assessing the potential impact of the standards on the Company's consolidated financial statements.

4.  Determination of fair values

A number of the Company's accounting policies and disclosures require the determination of fair value, for both financial and non-financial assets and liabilities. When applicable, further information about the assumptions made in determining fair values is disclosed in the notes specific to that asset or liability.

The fair values of assets and liabilities are examined and classified in three levels according to the inputs on the basis of which these fair values are determined. Fair values of assets and liabilities included in Level 1 are determined by reference to quoted prices in active markets for identical assets and liabilities. Assets and liabilities in Level 2 include valuations using inputs other than quoted prices for which all significant outputs are observable, either directly or indirectly and are based on valuation models and techniques where inputs are derived from quoted indices. Level 3 valuations are based on inputs that are unobservable and significant to the overall fair value measurement.

In testing for impairment of property and equipment and exploration and evaluation assets, a Level 3 valuation model is used to determine the recoverable amount of a CGU. The fair value less costs of disposal model contains inputs that are not readily observable or corroborated, such as forecasted cash flows over the estimated life of the reserves.

In the determination of fair value of modified debts (note 9), the Company uses a discounted cash flow technique which includes inputs that are not based on observable market data using a Level 3 hierarchy. The Company looks at similar subordinated debt instruments for effective interest rates and discounting.

The Company's policy is to recognize transfers into and out of fair value hierarchy levels as of the date of the event or change in circumstances that caused the transfer. During the years ended December 31, 2016 and 2015, there were no transfers between Levels 1, 2 or 3.

- 18 -

EXHIBIT 1 to Tamplair Declaration

Fair values have been determined for measurement and/or disclosure purposes based on the following methods:

(i)    Business combinations

The fair value of property and equipment recognized in a business combination is based on market values. The fair value of property and equipment and exploration and evaluation assets is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date under current market conditions. The fair value of petroleum and natural gas interests (included in property and equipment) and exploration and evaluation assets is estimated with reference to the discounted cash flows expected to be derived from petroleum and natural gas production based on external and corporate reserve reports. The risk-adjusted discount rate is specific to the asset with reference to general market conditions.

(ii)    Financial instruments

The fair values of restricted cash, accounts receivable, accounts payable and accrued liabilities, current portion of loans payable, current portion of accrued interest payable and current portion of due to related parties, approximate their carrying values due to the short-term maturity of those instruments.  The fair value of the note receivable approximates its carrying value.  The Company's loans payable bear interest at rates approximating interest for equivalent debt instruments and, accordingly, loans payable and related long-term portion of accrued interest payable and long-term portion of due to related parties approximate fair values.

The fair value of commodity contracts, using a Level 2 valuation model, is determined by discounting the difference between the contracted prices and published forward price curves and foreign exchange rates as at the balance sheet date, using the remaining contracted notional petroleum and natural gas volumes and a risk-free interest rate (based on published government rates) adjusted for the non-performance risk of the counterparty.

Cash is measured at fair value based on a Level 1 designation. Commodity contracts and financing warrants are measured at fair value using a Level 2 designation.

5.   Financial instruments and risk management

(a)    Overview

The Company's activities expose it to a variety of financial risks that arise as a result of its acquisition, exploration, development, production, well intervention, well plugging and abandonment, and financing activities including credit risk, liquidity risk and market risk.

This note presents information about the Company's exposure to each of the above risks, the Company's objectives, policies and processes for measuring and managing risk, and the Company's management of capital.  Further quantitative disclosures are included throughout these financial statements.

The Company employs risk management strategies and polices to ensure that any exposure to risk are in compliance with the Company's business objectives and risk tolerance levels.  While the Company has the overall responsibility for the establishment and oversight of the Company's risk management framework, the Company's management has the responsibility to administer and monitor these risks.

17-50705 - #7-1  File 06/02/17  Enter 06/02/17 20:36:16  Affidavit Declaration  Exhibit 1 to Tamplain Declaration
F. Tamplain , Jr. Pg 22 of 54

# Rooster Energy Ltd.
## Notes to Consolidated Financial Statements
## Years Ended December 31, 2016 and 2015
*(amounts in US dollars)*

(b) Credit risk

Credit risk is the risk of financial loss to the Company if a customer or counterparty to a financial instrument fails to meet its contractual obligations. The maximum exposure to credit risk at December 31, 2016 and 2015 is as follows:

| | December 31, 2016 | December 31, 2015 |
|---|---|---|
| Cash | $ 4,956,497 | $ 1,434,645 |
| Restricted cash | 2,962,000 | 3,585,011 |
| Accounts receivable | 7,375,084 | 17,424,561 |
| Commodity contracts | - | 8,173,165 |
| Decommissioning contracts receivable | 28,721,298 | 44,208,511 |
| Note Receivable | 4,365,068 | 4,234,712 |
| Asset retirement deposits | 2,496,800 | 1,873,789 |
| | $ 50,876,747 | $ 80,934,394 |

*Cash*

Cash includes cash bank balances. The Company manages the credit exposure related to cash by selecting financial institutions with high credit ratings and monitors short-term deposits to ensure an adequate rate of return. Given these credit ratings, management does not expect any counterparty to fail to meet its obligations.

*Restricted cash*

As of December 31, 2016, the Company has $2,962,000 (2015 - $3,585,011) in restricted cash representing cash collateral for performance bonds for specific well and facility abandonments that must be completed within the next 12 months (note 10).

All funds are held in financial institutions with high credit ratings and as such, management does not expect any credit risk losses.

*Accounts receivable*

All of the Company's operations are conducted in the United States. The Company's exposure to credit risk is influenced mainly by the individual characteristics of each customer and/or partner. Significant changes in industry conditions and risks that negatively impact customers' or partners' ability to generate cash flow will increase the risk of not collecting receivables. Management believes the risk is mitigated by the size and reputation of the companies to which they extend credit.

During the years ended December 31, 2016 and 2015, the Company earned a substantial portion of its petroleum and natural gas sales from two (2015 – five) customers. Sales to those customers aggregated approximately $10.6 million or approximately 85% of total petroleum and natural gas revenue (2015 - $18.8 million and 93%, respectively). At December 31, 2016, amounts due from those customers included in accounts receivable totalled approximately $1.0 million (2015 - $0.9 million), all of which has been collected subsequent to December 31, 2016.

- 20 -

# Rooster Energy Ltd.

## Notes to Consolidated Financial Statements

### Years Ended December 31, 2016 and 2015
*(amounts in US dollars)*

During the years ended December 31, 2016 and 2015, the Company earned a substantial portion of its well services revenue from two customers. Sales to those customers aggregated approximately $4.4 million or approximately 55% of total well service revenue (2015 - $12.9 million and 62%, respectively). At December 31, 2016, amounts due from those customers included in accounts receivable totalled approximately $0.6 million (2015 - $2.3 million), all of which has been collected subsequent to December 31, 2016.

The Company historically has not experienced any collection issues related to these customers. The credit rating of the customers of the Company's petroleum and natural gas production is closely monitored by the Company's management to ensure no collection issues arise.

Joint operation receivables are typically collected within one to three months of the joint operation bill being issued to the partner. The Company attempts to reduce the risk from joint operation receivables by obtaining partner approval of significant capital and operating expenditures prior to expenditure and issuing cash calls to partners for capital projects before they commence. The Company does not typically obtain collateral or letters of credit from purchasers of the Company's petroleum and natural gas production or joint operation partners; however, the Company does have the ability to withhold production or imbalance production from joint operation partners in the event of non-payment. The receivables are from participants in the petroleum and natural gas sector, and collection of the outstanding balances is dependent on industry factors such as commodity price fluctuations, escalating costs and the risk of unsuccessful drilling. In addition, further risk exists with joint operation partners, as disagreements occasionally arise that increase the potential for non-collection. Amounts recorded from joint operation partners are based on the Company's interpretation of underlying agreements and may be subject to joint approval. The Company has recorded balances due from its joint operation partners based on costs incurred and its interpretation of allowable expenditures. Any adjustment required as a result of joint operation audits are recorded in the period of settlement with joint operation partners.

When determining whether past due accounts are collectible, the Company factors in the past credit history of the counterparties. The Company considers all amounts greater than 90 days as past due.

Management has evaluated receivables for collectability and recorded an allowance for doubtful accounts at December 31, 2016 and 2015 totalling $795,159 and $662,599, respectively. Bad debt expense for the years ended December 31, 2016 and 2015 totalled $132,599 and $798,789, respectively. Bad debt expense for 2016 primarily relates to an allowance for non-payment of expenses by joint operation partners on non-producing fields.

As of December 31, 2016 and 2015, the Company's accounts receivable was comprised of the following:

|  | December 31, 2016 | December 31, 2015 |
|---|---|---|
| Petroleum and natural gas revenue | $ 1,505,859 | $ 1,745,917 |
| Well services revenue | 1,408,706 | 4,748,458 |
| Decommissioning contracts revenues | 2,097,930 | 7,888,812 |
| Joint operation receivables | 3,157,747 | 3,703,933 |
|  | 8,170,242 | 18,087,120 |
| Allowance for doubtful accounts | (795,159) | (662,559) |
| Total accounts receivable | $ 7,375,084 | $ 17,424,561 |

- 21 -

As of December 31, 2016 and 2015, the Company's accounts receivables were aged as follows:

|  | December 31, 2016 | December 31, 2015 |
|---|---|---|
| Current (0 - 30 days) | $ 5,949,602 | $ 13,745,727 |
| 31 to 60 days | 776,910 | 1,799,216 |
| 61 to 90 days | 202,567 | 1,347,033 |
| Past due (greater than 90 days) | 1,241,163 | 1,195,144 |
| Allowance for doubtful accounts | (795,159) | (662,559) |
| Total accounts receivable | $ 7,375,084 | $ 17,424,561 |

*Decommissioning contracts receivable (note 10)*

The Company has entered into plugging and abandonment contracts in which the Company assumed asset retirement obligations in exchange for fixed fees from counterparties which will be paid to the Company as the plugging and abandonment work is completed. As a result, the Company is exposed to credit risk by the counterparties to pay future aggregate payments. Decommissioning activities that trigger these reimbursement payments will occur over several years. Failure of the counterparties to make any payment when due, or a material downgrade in their credit ratings, could have a material adverse effect on the Company and its financial condition. Management believes the counterparties are credit worthy and therefore there is virtual certainty that the reimbursement will occur. Under IAS 37 *Provisions, Contingent Liabilities and Contingent Assets*, reimbursements are recognized up to the amount of the asset retirement obligation. The contract receivable is assessed for impairment at each reporting period.

As at December 31, 2016, approximately 94% (2015 – 95%) of decommissioning contracts receivable are with two (2015 – one) customers and is subject to concentration of credit risk. The Company continues to monitor the creditworthiness of these two customers.

*Note receivable*

The Company is exposed to credit risk relating to its note receivable. The Company manages its credit risk by monitoring the creditworthiness of the noteholder.

*Asset retirement deposits*

Asset retirement deposits (note 10) consist of amounts deposited to secure performance bonds related to asset retirement obligations. The exposure to credit risk has been assessed by management to be minimal.

(c)   Liquidity risk

Liquidity risk is the risk that the Company will not be able to meet its financial obligations as they become due. The Company's approach to managing liquidity is to ensure it will have sufficient liquidity to meet its liabilities when due. The Company's ongoing liquidity is impacted by various external events and conditions, including commodity price fluctuations and global economic conditions. The Company's short-term financial liabilities consist of accounts payable and accrued liabilities, due to related parties, fair value of commodity contracts, accrued interest payable and loans payable.

The Company's accounts payable and accrued liabilities as of December 31, 2016 and 2015 are aged as follows:

|  | December 31, 2016 | December 31, 2015 |
|---|---|---|
| Current (0 - 30 days) | $ 11,207,874 | $ 15,232,530 |
| 31 to 60 days | 924,372 | 1,373,803 |
| 61 to 90 days | 896,190 | - |
| Greater than 90 days | 428,091 | 16,285 |
| Total accounts payable and accrued liabilities | $ 13,456,526 | $ 16,622,618 |

At December 31, 2016, the Company had a working capital deficiency of $69,049,715 (2015 - $17,546,018). Of this amount, $56,831,791 is the outstanding balance of the Senior Secured Notes, pursuant to the Amended and Restated Note Purchase Agreement dated as of November 17, 2014, as amended and restated as of June 25, 2015 (the "A&R NPA").

During 2016, management has taken a number of steps to address the Company's liquidity situation. On March 14, 2016, the Company entered into the First Amendment on its Senior Secured Notes, which waived all of the financial and performance covenants of the A&R NPA and scheduled loan amortization for the quarters ending March 31, 2016, and June 30, 2016. On July 14, 2016, the Company entered into the Second Amendment, which extended the waiver for the financial and performance covenants of A&R NPA for the quarters ending September 30, 2016 and December 31, 2016. Refer to note 9(i) for further discussion of the First Amendment and Second Amendment.

At December 31, 2016, the Company was in default on the Senior Secured Notes due to non-compliance with certain covenants and failed to obtain a waiver or amendment to waive the covenants violation. As such, the Company has accreted the fair value of the debt to the principal amount on maturity and classified the debt as a current liability in its financial statements.

Subsequent to December 31, 2016, the Company has continued in negotiations with the holders of the Senior Secured Notes to restructure the terms and conditions of the A&R NPA. Refer to note 23 for further discussion of these restructuring efforts. However, no assurance can be given that the Company will be able to reach agreement with the holders of the Senior Secured Notes on the consequences of the default. In that event, or if the Company is ultimately unable to finalize the documents to satisfactorily restructure the Senior Secured Notes, then the Company would in all likelihood exercise all of its available alternatives to preserve the going concern value of the Company. Such alternatives could include filing a voluntary petition for relief under Chapter 11 of the U.S. Bankruptcy code, with recognition of any orders entered thereunder in the appropriate jurisdiction in Canada.

The Company's decommissioning contracts are expected to generate cash flows exceeding the booked decommissioning contracts receivable by approximately $10.1 million over the next twelve months.

At December 31, 2016, the Company had certain commodity derivative contracts in effect. To the extent that the Company utilizes derivatives to manage commodity price risk, it may be subject to liquidity risk as commodity contracts become due. Commodity contracts are not entered for speculative purposes and management closely monitors commodity risk exposure in comparison to forecasted sales volumes. Liquidity risk is partially mitigated as losses realized due to high commodity prices are generally matched by increased cash flows from sales in the high commodity price environment.

The Company has entered into contracts to assume a significant liability for asset retirement obligations in mature oil and gas fields in the Gulf of Mexico. The Company offsets that liability in whole or in part through future payments from the seller of the properties, which are fixed in amount. As a result, the risk that such payments may not exceed the actual costs of decommissioning will be assumed by the Company. In the decommissioning contracts receivable (note 10), the Company assumed significant asset retirement obligations together with agreements of counterparties to pay aggregate payments as the obligations are decommissioned by the Company. There is no assurance that these future counterparty payments will exceed the actual costs to decommission such assets.

The repayment terms relating to the Company's due to related parties are disclosed in note 20.

The repayment terms relating to the Company's loans payable are disclosed in note 9.

The Company is also subject to future commitments and contingencies as disclosed in notes 19.

Refer to note 5(e) for the Company's management of capital.

(d)   Market risk

Market risk is the risk that changes in market prices, such as commodity prices, interest rates and foreign exchange rates will affect the Company's net loss or the value of financial instruments. The objective of the Company is to manage and mitigate market risk exposures within acceptable limits, while maximizing returns.

*Foreign currency risk*

Prices received by the Company for petroleum and natural gas sales are generally denominated in US dollars.  The Company had nominal working capital amounts denominated in currencies other than US dollars other than the subordinated secured credit facility which is denominated in Canadian dollars ("CAD") (note 9(iii)), and had no forward exchange rate contracts in place as of or during the years ended December 31, 2016 and 2015.

For the year ended December 31, 2016, a 5% change to the US/CAD exchange rate would change net loss by approximately $125,000, based on the outstanding balance of the subordinated secured credit facility.

*Interest rate risk*

- 24 -

Interest rate risk is the risk that the fair value or future cash flows of a financial instrument will fluctuate because of changes in market interest rates. The Company is exposed to interest rate risk to the extent that changes in market interest rates impact floating rate borrowings. At December 31, 2016, the Senior Secured Notes (note 9 (i)) bear interest at a floating interest rate and therefore are subject to interest rate cash flow risk. The Company had no interest rate swaps or financial contracts in place as of or during the years ended December 31, 2016 and 2015.

For the year ended December 31, 2016, a 100 basis points change to the effective interest rate would change net loss by approximately $369,000.

Although the Company is not subject to cash flow risk with respect to fixed interest rate loans, the fair value of fixed interest rate loans will be affected by changes in applicable market interest rates. If interest rates fall, the fair value of existing loans may increase due to the increase in yield. Alternatively, if interest rates rise, the field of existing loans will decrease, which will lead to a decrease in fair value. The magnitude of the change will generally be greater for long-term loans than short-term loans. The same risk applies to the Company's fixed interest rate note receivable.

*Commodity price risk*

The nature of the Company's operations results in exposure to fluctuations in commodity prices. Commodity prices for petroleum and natural gas are impacted by global economic events that dictate the levels of supply and demand. Natural gas prices are also influenced by US demand and the corresponding North American supply and, recently, by liquefied natural gas and shale gas prices. Petroleum prices are generally determined in global markets. Management continuously monitors commodity prices and may consider instruments to manage exposure to these risks when it deems appropriate.

The Company may hedge some petroleum and natural gas sales through the use of various financial derivative forward sales contracts and physical sales contracts when deemed appropriate. The Company does not apply hedge accounting for these contracts.

For derivative commodity contracts, the Company records unrealized gains and losses on these contracts on the balance sheet as assets or liabilities with changes in fair value recorded in the statement of loss. Realized gains and losses are determined based on the differential between the daily settlement price and the monthly fixed price and are recognized in loss as the contracts are settled.

As a condition to the First Amendment(note 9(i)), on March 16, 2016, the Company fixed the price on derivative commodity contracts with settlement dates in April, May, and June 2016, and terminated all derivative commodity contracts with settlement dates on or after July 1, 2016 held at March 16, 2016. The Company received a lump sum termination payment of $5,605,313 and then applied $4.0 million of the proceeds to reduce the principal balance of the Senior Secured Notes.

As a condition to the Second Amendment (note 9(i)), on July 14, 2016, the Company entered into fixed price commodity swap agreements for natural gas production over the period from August 2016 to August 2018 at a fixed price of $3.0125 per MMBTU.

The following is a summary of all derivative commodity contracts that were in place as at December 31, 2016:

- 25 -

| Reference Point | Volume | Term | Price |
|---|---|---|---|
| **Natural Gas Contracts:** | | | |
| NYMEX Henry Hub | 3,610 MMBtu/d | Jan 1 2017 **-** Aug 31, 2018 | $3.0125 / MMBtu |

As at December 31, 2016, the fair value of all derivative commodity contracts was a net liability of $1,017,683, as compared to a net asset of $8,173,165 in 2015.

Unrealized losses on all derivative commodity contracts were $9,190,848 for the year ended December 31, 2016, as compared to unrealized gains of $1,003,195 in 2015. Realized gains on derivative commodity contracts were $9,029,375 for the year ended December 31, 2016, as compared to realized gains of $8,287,582 in 2015.

When assessing the potential impact of these commodity price changes, the Company believes a $0.10/MMBtu change to the price of natural gas is a reasonable measure. Fluctuations in commodity prices could have resulted in unrealized gains (losses) impacting net loss. A $0.10/MMBtu change to the price of natural gas would have an approximate $142,000 impact on net loss for the year ended December 31, 2016.

(e)    Capital management

The Company's capital management policy is to maintain an adequate capital base that optimizes the Company's ability to grow, to maintain investor and creditor confidence and to provide a platform to create value for its shareholders. The Company maintains a flexible capital structure to maximize its ability to pursue petroleum and natural gas exploration opportunities and sustain the future development of the business. The Company monitors the level of risk associated for each capital project to balance the proportion of debt and equity in its capital structure. The Company's management is responsible for managing the Company's capital and does so through quarterly meetings and regular reviews of financial information. The Company's Board of Directors are responsible for overseeing this process. The Company considers working capital to form its capital structure and strives to maintain positive working capital. When working capital deficits arise in the normal course of operations, the Company minimizes capital and operating expenses and, if prudent, completes selective asset divestitures until adequate working capital is restored.

The Company monitors its capital based on projected cash flow from operations and anticipated capital expenditures. In order to manage its capital structure, the Company prepares annual capital expenditure and operating budgets, which are updated as necessary. The annual and updated budgets are prepared by the Company's management and approved by the Company's Board of Directors. The budget results are regularly reviewed and updated as required. In forecasting future cash flows, the Company includes economic conditions; investment opportunities; past and forecasted capital investment efficiencies; and current and forecasted petroleum and natural gas prices.

In order to maintain or adjust the capital structure, the Company may seek additional debt or equity financing and adjust its capital spending to manage its current and projected capital structure. The Company's ability to raise additional financing is impacted by external conditions, including future commodity prices and the global economic situation. The Company continually monitors business conditions including changes in economic conditions, the risk of its drilling programs, forecasted commodity prices, and potential corporate or asset acquisitions. See also liquidity risk disclosures in note 5(c).

The Company's working capital deficiency is as follows:

- 26 -

|  | December 31, 2016 | December 31, 2015 |
|---|---|---|
| Current assets | $ 39,166,746 | $ 59,246,609 |
| Current liabilities | (108,216,461) | (76,792,626) |
| Working capital deficiency | $ (69,049,715) | $ (17,546,018) |

The Company is required to meet certain financial covenants relating to its loans payable as further discussed in note 9. Under the First Amendment and Second Amendment, the Company funded its business operations in accordance with a lender-approved budget.

6.   Note receivable

On March 12, 2014, the Company received a promissory note from a significant shareholder and director in the principal amount of $4,000,000, with interest at the rate of 3.25% per annum. Accrued interest receivable on the note totalled $365,068, at December 31, 2016 ($234,712 at December 31, 2015). The maturity on this promissory note is tied to the maturity of a note payable to this shareholder. The note will mature on June 25, 2019 (see note 9(iv)).

7.   Exploration and evaluation assets

|  | December 31, 2016 | December 31, 2015 |
|---|---|---|
| Balance, beginning of year | $ 242,172 | $ 207,172 |
| Exploration and evaluation expenditures | 35,000 | 35,000 |
| Impairment | (277,172) | - |
| Balance, end of year | $ - | $ 242,172 |

Exploration and evaluation assets include undeveloped properties, seismic and other assets that management has not fully evaluated for technical feasibility and commercial viability. Capital expenditures represent the Company's share of costs incurred on exploration and evaluation assets during the period. Transfers to property and equipment, if any, represent successful drilling and related costs for which technical feasibility and commercial viability are determined to exist.

8.    Property and equipment

| | Petroleum and natural gas interests | Machinery & Equipment | Office furnishings and improvements | Total |
|---|---|---|---|---|
| **Cost** | | | | |
| Balance at December 31, 2014 | $ 164,955,296 | $ 33,310,138 | $ 757,881 | $ 199,023,315 |
| Additions | 14,765,604 | 103,229 | 13,749 | 14,882,581 |
| Grant of ORRI as part of debt refinancing (note 9(i)) | (2,383,355) | - | - | (2,383,355) |
| Asset retirement obligations (note 10) | 2,092,071 | - | - | 2,092,071 |
| Balance at December 31, 2015 | $ 179,429,615 | $ 33,413,367 | $ 771,630 | $ 213,614,612 |
| Additions | 823,691 | - | 7,705 | 831,396 |
| Asset retirement obligations (note 10) | 3,710,544 | | | 3,710,544 |
| Balance at December 31, 2016 | $ 183,963,851 | $ 33,413,367 | $ 779,334 | $ 218,156,552 |
| | | | | |
| **Depletion, depreciation and impairment** | | | | |
| Balance at December 31, 2014 | $ 69,691,984 | $ 21,937,630 | $ 610,110 | $ 92,239,724 |
| Depletion and depreciation | 2,977,801 | 3,197,484 | 69,130 | 6,244,415 |
| Impairment and asset retirement expense | 31,250,050 | - | - | 31,250,050 |
| Balance at December 31, 2015 | $ 103,919,835 | $ 25,135,114 | $ 679,240 | $ 129,734,189 |
| Depletion and depreciation | 1,357,620 | 2,617,017 | 56,322 | 4,030,959 |
| Impairment and asset retirement expense | 59,303,310 | | | 59,303,310 |
| Balance at December 31, 2016 | $ 164,580,765 | $ 27,752,131 | $ 735,563 | $ 193,068,458 |
| **Net book value** | | | | |
| December 31, 2015 | $ 75,509,780 | $ 8,278,253 | $ 92,389 | $ 83,880,422 |
| December 31, 2016 | $ 19,383,086 | $ 5,661,236 | $ 43,772 | $ 25,088,094 |

The calculation of depletion and depreciation for the year ended December 31, 2016, included estimated future development costs of $21,640,000 (2015 - $41,497,900) associated with the development of the Company's proved and probable reserves.

The Company has not capitalized any interest or general and administrative expenses during the years ended December 31, 2016 and 2015.

At December 31, 2016 and 2015, the Company tested its CGUs for impairment due to decreased commodity prices.  The recoverable amount of each CGU was estimated based on fair value less costs of disposal.  The estimate of fair value less costs of disposal was determined using forecasted proved plus probable before tax cash flows, discounted at 10% (2015 – 10%), using escalating forward pricing and net of future development costs, as obtained from an independently prepared reserve report.  In determining the appropriate discount rate, the Company considered acquisition metrics of recent transactions completed on assets similar to those in the specific CGU and an approximate weighted average cost of capital for potential acquirers of the Company or the Company's CGUs.

During the years ended December 31, 2016 and 2015, the Company recognized impairment and asset retirement expense, net of reversals, for the following cash generating units:

| | Impairment Expense 2016 | Recoverable Amount 2016 | Impairment Expense 2015 | Recoverable Amount 2015 |
|---|---|---|---|---|
| | | December 31 | | |
| Eugene Island Block 18 | $ - | $ - | $ 602,709 | $ - |
| Eugene Island Block 28/44 | 5,573,110 | - | - | - |
| Grand Isle Block 70 | | - | 573,051 | 1,737,000 |
| High Island Block 115 | 293,594 | - | 382,991 | - |
| High Island Block 141 | | - | 521,235 | - |
| High Island Block 201 | 39,867 | - | 106,369 | - |
| High Island Block A494 | 52,059,955 | - | 3,389,655 | 47,745,700 |
| South Timbalier Block 99/112 | 303,466 | - | 558,648 | - |
| South Timbalier Block 198 | 337,054 | - | 2,075,195 | - |
| Vermillion Block 376 | 180,845 | - | 23,260,292 | - |
| Chandeleur Sound Block 63 | 339,544 | - | - | - |
| West Cameron Block 215 | 42,459 | - | - | - |
| Other | 133,415 | - | (220,095) | - |
| Total impairment and asset retirement expense, net | 59,303,310 | | 31,250,050 | |
| Less: asset retirement expense | (3,327,060) | | (3,281,784) | |
| Total impairment, net | $ 55,976,249 | | $ 27,968,266 | |

Impairments and asset retirement expense were recorded in the consolidated statements of loss in the respective periods. The impairments were required due to a combination of lower forecasted commodity prices, downward revision of estimated reserves and/or changes in estimates, which resulted in the fair value less costs of disposal of the applicable CGUs being less than their carrying amounts. Asset retirement expense comprise impairments, net of impairment reversals, related to revisions to asset retirement obligations for which CGUs were fully impaired in prior years.

The impairments of Eugene Island Block 28/44 and High Island Block A494 were due to no reserves being assigned to these CGUs as they were deemed to no longer be economically viable.

A 1% change in the assumed discount rate over the life of the reserves independently would have no impact on impairment expense for the year ended December 31, 2016.

The following table outlines the prices used in the December 31, 2016 impairment calculations:

| | Oil $US/BBL | NGL $US/BBL | Natural Gas $US/MCF |
|---|---|---|---|
| 2017 | 55.30 | 23.03 | 3.43 |
| 2018 | 55.99 | 22.93 | 3.02 |
| 2019 | 55.50 | 22.73 | 2.76 |
| 2020 | 55.45 | 22.72 | 2.76 |
| 2021 | 55.61 | 22.57 | 2.80 |
| 2022 | 55.91 | 21.55 | 2.89 |
| 2023 | 55.91 | 23.49 | 2.88 |
| 2024 | 55.91 | 24.08 | 2.87 |
| 2025 | 55.91 | 24.28 | 2.85 |
| 2026 | 55.91 | 24.38 | 2.90 |
| Thereafter | 55.91 | 24.38 | 2.90 |

**Rooster Energy Ltd.**

**Notes to Consolidated Financial Statements**

**Years Ended December 31, 2016 and 2015**

*(amounts in US dollars)*

The following table outlines the prices used in the December 31, 2015 impairment calculations:

| | Oil $US/BBL | NGL $US/BBL | Natural Gas $US/MCF |
|---|---|---|---|
| 2016 | 35.00 | 14.65 | 2.26 |
| 2017 | 39.51 | 17.63 | 2.57 |
| 2018 | 42.81 | 18.98 | 2.70 |
| 2019 | 45.41 | 20.09 | 2.83 |
| 2020 | 47.09 | 20.79 | 2.98 |
| 2021 | 48.11 | 21.10 | 3.11 |
| 2022 | 48.88 | 21.60 | 3.26 |
| 2023 | 49.27 | 20.56 | 3.41 |
| 2024 | 49.61 | 20.45 | 3.55 |
| 2025 | 49.61 | 22.41 | 3.55 |
| Thereafter | 49.61 | 22.41 | 3.55 |

For the purposes of the impairment calculations, adjustments were made to the benchmark prices contained in the independent reserve report to reflect varied delivery points and quality differentials in the products delivered.

- 30 -

9.  Loans payable and financing warrants

Loans payable at December 31, 2016 and 2015 consist of the following:

|  | December 31, | |
|---|---|---|
|  | 2016 | 2015 |
| Senior secured notes amended and restated June 25, 2015 for $60,000,000 (the "Senior Secured Notes") (i) | $ 56,831,791 | $ 56,512,783 |
| Subordinated notes payable dated April 26, 2012 for $6,463,000 ("Related Party Note #1") (ii) | 5,590,706 | 5,355,969 |
| Subordinated secured credit facility dated October 11, 2013 for CAD $4,000,000 ("Related Party Note #2") (iii) | 2,199,743 | 1,930,499 |
| Subordinated secured credit facility dated March 7, 2014 for $7,150,000 ("Related Party Note #3")(iv) | 5,953,681 | 5,631,781 |
| Promissory notes dated June 25, 2015 for $4,881,364, matured on May 25, 2016 (v) | - | 2,204,707 |
| Promissory notes dated May 16, 2016 for $578,250, mature on March 16, 2017 (v) | 175,286 | |
| Promissory notes dated June 23, 2016 for $1,601,713, mature on May 25, 2017 (v) | 734,111 | |
|  | $ 71,485,317 | $ 71,635,738 |
| Less: Amounts due within one year | (57,741,187) | (17,204,707) |
| Long-term portion | $ 13,744,129 | $ 54,431,031 |

The loans payable at December 31, 2016 are scheduled to mature as follows:

| | | |
|---|---|---|
| Next 12 months | $ | 57,741,187 |
| Next 13 - 24 months | $ | - |
| Next 25 - 36 months | $ | 16,592,200  (i) |
| Total | $ | 74,333,387 |

(i) assumes a future USD/CAD exhange rate of $0.7448 for the CAD denominated credit facility

(i)   Senior Secured Notes

On November 17, 2014, the Company, entered into a Note Purchase Agreement ("NPA") under which the Company issued Senior Secured Notes (the "Senior Secured Notes") due on the earlier of February 14, 2016 and the date that the Senior Secured Notes shall become due and payable in full in accordance with the agreement, whether by acceleration or otherwise, in the aggregate principal amount of $45 million. The Senior Secured Notes are secured by a first priority security interest, lien and mortgage on all of the Company's petroleum and natural gas and machinery and

- 31 -

equipment assets and, without limitation, a pledge of equity in each of Rooster's subsidiaries. The Senior Secured Notes include an original issue discount of 2.5%, and bear interest at a rate equal to LIBOR + 11.5% per annum with interest payments due monthly; the minimum interest rate is 13.0% per annum. The holder of the Senior Secured Notes is not related to Rooster nor is the holder a chartered bank, trust company or treasury bank.

Effective June 25, 2015, the Company and the holders of the Senior Secured Notes amended and restated the NPA (the "A&R NPA"). This A&R NPA increased the funding to $60 million and extended the maturity to the earlier of June 25, 2018 and the date that all Senior Secured Notes become due and payable in full under the A&R NPA, whether by acceleration or otherwise. Principal payments on the A&R NPA are the greater of a) minimum quarterly principal payments of $5 million starting April 2016, with a final payment of $15 million due on June 25, 2018, or b) a computed principal payment based on consolidated net cash flows, as defined in the A&R NPA for the most recent quarter ended. The interest rate on the A&R NPA remains unchanged.

The A&R NPA was accounted for as an extinguishment of the original financial liability for accounting purposes and resulted in a gain on modification of $1,461,700, net of transaction costs. The A&R NPA was remeasured at its fair value on the date of modification with an effective interest rate of 17%. The fair value of $55,736,900 was estimated using discounted cash flows, and the difference between the fair value and the carrying amount, prior to the modification, was allocated as a gain/loss on modification. The A&R NPA is being accreted over the term up to the principal amount on maturity.

Total transaction costs, including loan origination fees and the conveyance of an overriding royalty interest ("ORRI") in all oil and gas properties of the Company, were approximately $4,263,100, of which the ORRI had a fair value of $2,383,355 which approximated the net book value of the property and equipment disposed of and is a non-cash transaction.

Effective November 17, 2014, the Company, Chet Morrison Contractors, LLC, and the Senior Secured Note holders entered into a subordination agreement that prohibits payment by the Company of accounts payable due to related parties (primarily Chet Morrison Contractors, LLC), in excess of $2,717,581. Combined with expenses incurred subsequent to November 17, 2014, the current portion of accounts payables due to related parties summed to $7,715,415 as of December 31, 2016.

In connection with the Senior Secured Notes, the Senior Secured Notes holder, the Company and each of the subordinated note holders (see note 9 (ii), (iii) and (iv)), entered into intercreditor and subordination agreements dated November 17, 2014 that prohibit any payments on the subordinated indebtedness until the Senior Secured Notes are fully satisfied. Additionally, each of the loan or credit agreements between the Company and each of the subordinated note holders was amended to extend the maturity date of each of those loans to one year after all obligations under the Senior Secured Notes are satisfied, being February 14, 2017. With the A&R NPA extending its maturity date to June 25, 2018, the maturity date on each of the subordinated loans was extended to June 25, 2019 under these intercreditor and subordination agreements.

The Company is required to meet certain reporting and financial covenants under the A&R NPA as follows:

- a minimum Consolidated Adjusted EBITDAX, for the period of four quarters then most recently ended to be not less than an amount as specified in the A&R NPA. EBITDAX is defined as consolidated net income plus consolidated interest expense, provision for income taxes, total depreciation and amortization expense, exploration expense, other non-cash items reducing consolidated net income, less the following: other non-cash

items increasing consolidated net income, interest income, extraordinary or non-recurring gains and other extraordinary and non-recurring income.

- a proved developed producing ("PDP") Asset Coverage Ratio of not less than 1.35:1.00 (ratio as of the last day of any fiscal quarter of (a) the present value, discounted at 10%, of the Company's proved developed producing reserves to (b) the Consolidated Total Debt) each quarter, the first of which will have an effective date of December 31, 2015. Consolidated Total Debt is defined as the total of all consolidated indebtedness of the Company, less permitted subordinated debt (including all subordinated related party debt); and

- a Leverage Ratio of 2.70: 1.00 for the quarter ended December 31, 2015 and reducing each quarter thereafter to 0.70:1.00 for the fiscal quarter ending June 30, 2017 and each fiscal quarter ending thereafter. Leverage ratio is the ratio as of the last day of any fiscal quarter of (a) the Consolidated Total Debt of the Company (defined above) to (b) the Consolidated Adjusted EBITDAX of the Company for the period of four fiscal quarters then most recently ended.

At December 31, 2015, the Company was not in compliance with the PDP Asset Coverage Ratio covenant but obtained a waiver from the Senior Secured Noteholders who agreed to the waiver prior to December 31, 2015 as follows.

On March 14, 2016, the Company entered into the First Amendment and Waiver to the A&R NPA (the "First Amendment"), effective December 31, 2015. Pursuant to the First Amendment, all of the financial and performance covenants of the NPA and scheduled loan amortization were waived for the fiscal quarters ending March 31, 2016, and June 30, 2016. In exchange for the waiver, the Company paid a waiver fee in the amount of $493,333 on March 14, 2016. The First Amendment was accounted for as a modification of the original financial liability for accounting purposes with no gain or loss recorded in the income statement. The waiver fee was netted against the principal amount of the Senior Secured Notes and has been accreted over the term of the Senior Secured Notes up to the principal amount on maturity using the effective interest method.

Under the First Amendment, the cash interest rate on Senior Secured Notes remained unchanged. In addition to the cash interest, from and after March 14, 2016 until June 30, 2016, an 8.0% interest was paid in kind ("PIK Interest"). All PIK Interest was capitalized and compounded by increasing the outstanding principal amount of the Senior Secured Notes. Principal payments would start on the 10th business day following the end of each calendar month on or after July 31, 2016. Principal payments would be based upon excess cash generated after lender approved operating and capital expenditures.

As a condition to the First Amendment, on March 16, 2016, the Company fixed the price on derivative commodity contracts with settlement dates in April, May, and June 2016, and terminated all derivative commodity contracts with settlement dates on or after July 1, 2016. The Company then applied $4.0 million of the settlement proceeds to reduce the principal balance of the Senior Secured Notes.

Under the First Amendment, the Company's general and administrative costs were not allowed to exceed stipulated limits for the fiscal quarter ending March 31, 2016, and each fiscal quarter thereafter. The Company shall comply with the terms of a budget approved by the Senior Secured Noteholders (the "Approved Budget").

- 33 -

At June 30, 2016, the Company was not in compliance with the terms of the Approved Budget in accordance with the First Amendment.

On July 14, 2016, the Company entered into the Second Amendment and Waiver to the A&R NPA (the "Second Amendment"), effective June 30, 2016. The Second Amendment has waived (i) all defaults under the Approved Budget as stipulated in the First Amendment, (ii) the minimum EBITDAX and leverage ratio covenants of the A&R NPA for the fiscal quarter ending September 30, 2016, and (iii) the asset coverage ratio covenant for the fiscal quarter ending December 31, 2016. The scheduled loan amortization was replaced with a requirement for principal repayments summing to no less than $7,532,000 for the six months ending December 31, 2016. The Senior Secured Notes continued to bear interest at a rate equal to Libor + 11.5% per annum (minimum of 13.0%) with interest payments due monthly. The Senior Secured Notes also continued to bear additional PIK interest until December 31, 2016 at a rate of 8.0%. A payable-in-kind waiver fee in the amount of $431,433 has been capitalized and compounded by automatically increasing the principal amount of the Senior Secured Notes effective June 30, 2016. The Second Amendment was accounted for as a modification of the original financial liability for accounting purposes with no gain or loss recorded in the income statement

In November 2016, the Company received a notice of default for non-compliance with two covenants of the Second Amendment. The default, absent a waiver or amendment, to the extent the holders of the Senior Secured Notes so elect, could result in acceleration of the Company's indebtedness, in which case the debt would become immediately due and payable. At December 31, 2016, the Company was not able to obtain a waiver or amendment to waive the covenants violation. As such, the Company has accreted the fair value of the debt to the principal amount on maturity and classified the debt as a current liability in its financial statements.

Subsequent to December 31, 2016, the Company entered into a limited forbearance agreement and the Third Amendment to the A&R NPA. Refer to note 23 for additional details regarding these agreements.

During 2016, the Company incurred legal fees of $119,635 related to the First Amendment and Second Amendment. The fees have been presented as deferred financing costs in the statements of cash flows and netted against the principal amount of the Senior Secured Notes.

At December 31, 2016, the accrued interest payable on the A&R NPA was $611,600 (2015 - $nil). Refer to note 15 for the interest and accretion expenses for the years ended December 31, 2016 and 2015.

(ii)    Subordinated Note #1

The subordinated note payable ("Subordinated Note #1") totalling $6,463,000 is due to a significant shareholder of the Company. As at September 1, 2015, this shareholder ceased to be a significant shareholder of the Company. The initial maturity date was April 26, 2014. However, pursuant to an intercreditor subordination agreement as described in note 9(i), the principal amount of the note plus accrued interest was subordinated to the Senior Secured Notes, and therefore, payment is not required prior to repayment of amounts due under the NPA.

As a result of the amendment and restatement of NPA effective June 25, 2015, as described in note 9(i), the Subordinated Note #1 maturity date was extended to June 25, 2019, and the interest rate remained at 15.5% per annum. The modified Subordinated Note #1 was accounted for as an extinguishment for accounting purposes and resulted in a gain on modification of $980,882. The fair value of $5,253,583 was estimated using discounted cash flows, and the difference between the fair value and the carrying amount, prior to the modification, was allocated as a gain on

- 34 -

modification. The Subordinated Note #1 was re-measured at its fair value on the date of modification with an effective interest rate of 23%. The restructured Subordinated Note #1 is being accreted over the term up to the principal amount on maturity, using the effective interest rate method.

At December 31, 2016, accrued interest payable on the Subordinated Note #1 was $4,319,592 (2015-$3,301,131). Refer to note 15 for the interest and accretion expenses for the years ended December 31, 2016 and 2015.

(iii) Subordinated Note #2

On October 11, 2013, the Company entered into a subordinated secured credit facility ("Subordinated Note #2") with significant shareholders and/or directors of the Company that provides for borrowing up to CAD $8.0 million to be used for general corporate purposes. As at September 1, 2015, one of the noteholders, who funded 60% of the credit facility, ceased to be a significant shareholder of the Company. The initial advance was CAD $4.0 million (less a 2% original issue discount and administrative fees of $10,000) resulting in net proceeds of $3,234,466. In addition, the Company also paid a consent fee of $450,000. The credit facility is fully subordinated to the Senior Secured Notes. Amounts drawn on the credit facility bear interest at 9% per annum on all advances. The credit facility is secured only by the oil and gas properties and proceeds therefrom owned by Rooster Oil and Gas, LLC. No further amounts have been drawn on the credit facility as at or subsequent to December 31, 2016.

As a result of the amendment and restatement of NPA effective June 25, 2015, as described in note 9(i), the Subordinated Note #1 maturity date was extended to June 25, 2019, and the interest rate remained at 9% per annum. The modified Subordinated Note #2 was accounted for as an extinguishment for accounting purposes and resulted in a gain on modification of $787,137. The Subordinated Note #2 was re-measured at its fair value on the date of modification with an effective interest rate of 23%. The fair value of $2,041,003 was estimated using discounted cash flows, and the difference between the fair value and the carrying amount, prior to the modification, was allocated as a gain on modification. The restructured Subordinated Note #2 is being accreted over the term up to the principal amount on maturity, using the effective interest rate method.

At December 31, 2016, accrued interest payable on the Subordinated Note #2 was $868,010 (2015-$581,310). Refer to note 15 for the interest and accretion expenses for the years ended December 31, 2016 and 2015.

(iv) Subordinated Note #3

Effective March 7, 2014, the Company entered into an additional second lien credit facility ("Subordinated Note #3") with a related party who is a significant shareholder and director of the Company, for borrowing of up to $10 million. The initial advance was $4.4 million, before an original issue discount of 10%, for a funded amount equal to $4 million. During the year ended December 31, 2014, the Company drew an additional $2.75 million on the second lien credit facility, before an original issue discount of 10%, for a funded amount of $2.5 million. In addition, the Company paid a consent fee of $214,500. The second lien credit facility is fully subordinated to the Senior Secured Notes. Amounts drawn on the credit facility bear interest at 14% per annum. The credit facility is secured only by the oil and gas properties and proceeds therefrom owned by Rooster Oil and Gas, LLC.

As a result of the amendment and restatement of NPA effective June 25, 2015, as described in note 9(i), the Subordinated Note #3 maturity date was extended to June 25, 2019, and the interest rate remained at 14% per annum. The modified Subordinated Note #3 was accounted for as an

extinguishment for accounting purposes and resulted in a gain on modification of $1,410,161. The fair value of $5,491,383 was estimated using discounted cash flows, and the difference between the fair value and the carrying amount, prior to the modification, was allocated as a gain on modification. The Subordinated Note #3 was re-measured at its fair value on the date of modification with an effective interest rate of 23%. The restructured Subordinated Note #3 is being accreted over the term up to the principal amount on maturity, using the effective interest rate method.

Refer to note 20 for the accrued interest payable balances at December 31, 2016 and 2015. Refer to note 15 for the interest and accretion expenses for the years ended December 31, 2016 and 2015.

(v) Promissory Note(s)

In June 2015, the Company executed three promissory notes with a bank to finance a portion of its insurance premiums in the aggregate amount of $4,881,364. All three promissory notes bore interest at 3.25% per annum, required monthly payments totalling $456,519 and matured in May 2016. The promissory notes were secured by the unearned premiums of the insurance policies being financed. These notes were paid in full in May 2016.

In May and June 2016, the Company executed two new promissory notes with a bank to finance a portion of its insurance premiums in the aggregate amount of $578,250 and $1,601,713, respectively. The promissory note executed in May requires monthly payments of $58,775 and matures in March 2017. The promissory note executed in June requires monthly payments of $148,240 and matures in May 2017. Both these notes bear interest at 3.50% per annum and are secured by the unearned premiums of the insurance policies being financed.

Refer to note 15 for the interest expenses for the years ended December 31, 2016 and 2015.

(vi) Settled Senior Secured Notes and Warrants

On October 22, 2012 the Company issued warrants to holders of certain senior secured notes of the same date. These warrants were exercisable for up to 9 million common shares of the Company at an exercise price of US$1.00 per share until October 22, 2017. Effective November 17, 2014, when the related senior secured notes were paid in full, the warrant holders received an additional 4,429,813 warrants for a total of 13,429,813 warrants outstanding. The exercise price was adjusted for all warrants to US$0.67 per warrant. No warrants have been exercised as at December 31, 2016. During the year ended December 31, 2015, the Company recorded $1,000 unrealized gain on revaluation of financing warrants to an amount of $nil at December 31, 2015 and 2016.

10. Asset retirement obligations and deposits

Asset retirement obligations were determined by management based on the Company's net ownership interests in petroleum and natural gas assets, the estimated future costs to reclaim and abandon the wells and facilities, and the estimated timing of when the costs will be incurred.

The following table summarizes changes in the asset retirement obligations for the years ended December 31, 2016 and 2015:

- 36 -

# Rooster Energy Ltd.

## Notes to Consolidated Financial Statements

## Years Ended December 31, 2016 and 2015

*(amounts in US dollars)*

| | December 31, 2016 | December 31, 2015 |
|---|---|---|
| Asset retirement obligations, beginning of year | $ 58,627,501 | $ 89,444,429 |
| Liabilities acquired | 13,888,943 | - |
| Liabilities settled | (29,074,940) | (23,877,719) |
| Revisions to estimates | 179,691 | (3,501,951) |
| (Gain) Loss on asset retirement obligations | (4,690,995) | (4,815,928) |
| Accretion (unwinding of discount) | 928,419 | 1,378,670 |
| Asset retirement obligations, end of year | $ 39,858,619 | $ 58,627,501 |
| Less: Short-term portion | (23,586,569) | (30,768,877) |
| Long-term portion | $ 16,272,051 | $ 27,858,624 |

The Company has the ability to utilize its own well services business unit to abandon a portion of its asset retirement obligations. The estimated inflated undiscounted cash flows required to settle the provisions are approximately $40.6 million (2015 - $62.5 million), which has been discounted using risk-free rates ranging from 1.50% to 2.55% (2015 - 1.50% to 2.55%). These obligations are to be settled based on the economic lives of the underlying assets, which currently extend up to 4 years into the future and will be funded from general corporate resources as well as from the decommissioning contract receivable (see below) at the time of abandonment.

In June 2016, the Company entered into a new decommissioning contract in the Gulf of Mexico. The revenues under the contract will be approximately $21.8 million when the work is completed. The increase of asset retirement obligations of $13.9 million in 2016 reflects the estimated costs for the decommissioning work under this contract. The decommissioning contracts receivable has been increased by the same amount in accordance with IAS 37. Refer to the following page under decommissioning contracts receivable for further discussion of IAS 37.

The revisions to the asset retirement obligations reflect current market pricing for abandonment services in the Gulf of Mexico. In 2016, $3,710,544 (2015 - $2,092,071) has been recorded as an increase in property and equipment (note 8) and $3,530,853 (2015 - $5,594,022) as a decrease to the decommissioning contracts receivable.

At December 31, 2016, the Company had $5,458,800 (2015 - $5,458,800) cash deposits held as security by the surety of the supplemental bonds that are required by the Bureau of Ocean Energy Management (BOEM) on asset retirement obligations of properties owned by Rooster Oil and Gas, LLC and Probe Resources US Ltd. These funds are restricted for use in meeting asset retirement obligations specific to those properties and will be released upon satisfactory completion of plugging and abandonment operations for specific wells and/or structures as the work is completed. The Company is required to abandon certain fields covered by this bond within the next 12 months. As a result, $2,962,000 (2015 - $3,585,011) of the deposits have been classified as short-term and included in restricted cash as at December 31, 2016 (note 5(b)).

*Decommissioning contracts receivable*

The Company has entered into plugging and abandonment contracts (the "decommissioning contracts") in which the Company assumed asset retirement obligations in exchange for fixed fees from counterparties aggregating approximately $152.5 million payable to the Company as the plugging and abandonment work is completed. Of the total fixed fees of the decommissioning contracts of $152.5 million, approximately $105.6 million has been paid to the Company by the counterparties as at

December 31, 2016. The remaining amount to be collected of $46.9 million, less the estimated future abandonment costs to be incurred of $25.0 million, is approximately $21.9 million, which, when combined with the recognition of deferred revenues, represents the approximate future decommissioning contracts revenue to be earned from the decommissioning contracts subsequent to December 31, 2016. The Company expects to receive $31.9 million of the $46.9 million in the next twelve months.

Of the total asset retirement obligations of the Company at December 31, 2016, the estimated inflated undiscounted cash flows required to settle the decommissioning contracts are approximately $25.8 million (2015 - $48.7 million), which has been discounted using a risk-free rate ranging from 1.50% to 2.55% (2015 - 1.50% to 2.55%), with a corresponding reimbursement recorded as decommissioning contracts receivable. Under IAS 37 *Provisions, Contingent Liabilities and Contingent Assets*, reimbursements are recognized up to the amount of the asset retirement obligations. Decommissioning activities that trigger the reimbursement payments will occur over several years and will be funded from the decommissioning contracts receivable. Any payments that exceed actual costs of abandonment are recorded as decommissioning contracts revenue on the statement of loss.

As part of the terms of the decommissioning contracts, during the year ended December 31, 2016, the counterparties made payments totaling $6,250,000 (2015 - $nil) to the Company which were not based on decommissioning activities being performed. These amounts have been recorded as deferred revenue and are being recognized as decommissioning revenue as abandonment work is performed on a percentage of completion. Of the total deferred revenue received by the Company at December 31, 2016, $8,080,246 remained to be recognized.

Decommissioning contracts and contribution agreements receivable at December 31, 2016, also includes $1.8 million associated with contribution agreements that will be paid by prior owners following the decommissioning of two fields. The Company expects to receive the $1.8 million in the next twelve months.

11. Prepaid expenses

    Prepaid expenses consist of the following:

| | December 31, 2016 | December 31, 2015 |
|---|---|---|
| Prepaid insurance | $ 1,804,842 | $ 2,763,727 |
| Prepaid bonds | 94,993 | 303,347 |
| Prepaid inventory | 351,690 | 394,262 |
| Prepaid other | 132,517 | 192,793 |
| Total prepaid expenses | $ 2,384,042 | $ 3,654,129 |

12. Share capital

    The authorized share capital of the Company consists of an unlimited number of voting common shares, voting proportionate shares, and preferred shares.

    The following table summarizes the changes in common shares and proportionate voting shares outstanding:

**Rooster Energy Ltd.**

**Notes to Consolidated Financial Statements**

**Years Ended December 31, 2016 and 2015**

*(amounts in US dollars)*

| Shares issued and outstanding | December 31, 2016 | | December 31, 2015 | |
| | Number of Shares | Stated Value | Number of Shares | Stated Value |
|---|---|---|---|---|
| Common shares | 263,110,502 | $ 94,779,040 | 263,110,502 | $ 94,779,040 |
| Proportionate voting shares | 60,989 | $ 27,333,142 | 60,989 | $ 27,333,142 |
| **Total Share capital stated value** | | $ 122,112,182 | | $ 122,112,182 |

The common shares may at any time, at the option of the holder, be converted into proportionate voting shares of the Company on the basis of 1,000 common shares for one proportionate voting share for no consideration. Each issued and outstanding proportionate voting share may at any time, at the option of the holder, be converted into 1,000 common shares of the Company for no consideration. The common shares and proportionate voting shares have the same rights and are equal in all respects as if they were shares of one class only. For purposes of voting and dividend rights, the proportionate voting shares are multiplied by 1,000, equal to the conversion ratio. The values assigned to the common shares and the proportionate voting shares at acquisition were based on the proportion of new shares issued in the reverse acquisition with Probe Resources Ltd. in 2012. During 2015, 4,082 proportionate voting shares were converted to 4,082,000 common shares and a corresponding value of $1,829,410 was transferred from the proportionate voting shares to common shares stated value.

- 39 -

**Rooster Energy Ltd.**

**Notes to Consolidated Financial Statements**

**Years Ended December 31, 2016 and 2015**

*(amounts in US dollars)*

13.   Stock-based compensation

The Company has a stock option plan under which options may be granted to employees, officers, directors and consultants. Fully dilutive shares means the computed common shares assuming all proportionate voting shares were converted to common shares.  On October 28, 2015, the shareholders of the Company passed a special resolution approving, ratifying and confirming amendment of the stock option plan providing that the maximum number of common shares under the option plan cannot exceed twenty percent (20%) of the common shares on a fully diluted basis or 64,819,900.  At December 31, 2016 there remained available for future issuance 48,266,064 stock options.  The exercise price of each option shall not be less than the market price of the Company's stock at the date of grant.  The vesting term of options under the plan is determined by the Company's Board of Directors.  The maximum exercise period of options granted under the plan is ten years following the grant date.

A summary of the changes in the outstanding options awarded under the Company's stock option plan is as follows:

| For the year ended | December 31, 2016 | | December 31, 2015 | |
|---|---|---|---|---|
| | Number of options | Weighted Avg Exercise Price | Number of options | Weighted Avg Exercise Price |
| Balance, beginning of year | 18,239,190 | CAD $0.37 | 9,193,404 | CAD $0.66 |
| Options granted | - | | 10,545,963 | CAD $0.14 |
| Options forfeited | (1,685,354) | CAD $0.36 | (1,500,177) | CAD $0.54 |
| Balance, end of year | 16,553,836 | CAD $0.37 | 18,239,190 | CAD $0.37 |

The following table outlines the exercise price and years to expiry of all outstanding options, as well as the number of options exercisable as of December 31, 2016:

| Grant Date | Number Outstanding | Remaining Contractual Life | Exercise Price | Expiry Date | Number Exercisable |
|---|---|---|---|---|---|
| Jun. 05, 2012 | 3,275,114 | 5.50 years | CAD $0.50 | Jun. 05, 2022 | 3,275,114 |
| Sep. 11, 2013 | 3,632,759 | 6.75 years | CAD $0.82 | Sep. 11, 2023 | 3,632,759 |
| May 16, 2014 | 300,000 | 7.50 years | CAD $0.61 | May 16, 2024 | 200,000 |
| May 06, 2015 | 9,345,963 | 8.25 years | CAD $0.14 | May 06, 2025 | 9,345,963 |
| | 16,553,836 | | | | 16,453,836 |

The fair value of options granted was estimated on the date of grant using the Black-Scholes option-pricing model with the following assumptions and resulting fair values:

| Option awards | May 6, 2015 | March 2, 2015 |
|---|---|---|
| Assumptions: | | |
| Share price, date of grant | CAD $0.14 | CAD $0.07 |
| Exercise price | CAD $0.14 | CAD $0.07 |
| Risk free interest rate (%) | 2% | 2% |
| Expected life (years) | 10 | 10 |
| Expected volatility (%) | 50% | 50% |
| Estimated forfeiture rate (%) | 5% | 5% |
| Expected dividend yield | - | - |
| | | |
| **Fair value of options granted** | **CAD $0.09** | **CAD $0.04** |

During the years ended December 31, 2016 and 2015, $130,563 and $1,057,501, respectively, was recorded as stock-based compensation relating to stock options granted with a corresponding increase in contributed surplus.

14. Personnel expenses

The total remuneration for employees, officers and directors included in general and administrative expenses and stock-based compensation is as follows:

| | Year Ended December 31, | |
|---|---|---|
| | 2016 | 2015 |
| Salaries and fees | $ 5,639,595 | $ 6,480,951 |
| Stock-based compensation | 130,563 | 1,057,501 |
| Total key employee remuneration | $ 5,770,159 | $ 7,538,452 |

Key management personnel include executive officers and directors. Executive officers are paid a salary. The executive officers include the President & Chief Executive Officer, Chief Financial Officer, Senior Vice President of Operations, and Senior Vice President of Land & Legal. Key management personnel remuneration comprised the following:

| | Year Ended December 31, | |
|---|---|---|
| | 2016 | 2015 |
| Salaries and fees | $ 1,479,167 | $ 1,445,583 |
| Stock-based compensation | 128,721 | 733,530 |
| Total key management remuneration | $ 1,607,888 | $ 2,179,114 |

17-50705 - #7-1  File 06/02/17  Enter 06/02/17 20:36:16  Affidavit Declaration in Remean   EXHIBIT 1 to Tamplain Declaration
F. Tamplain    Jr. Pg 44 of 54

15.  Finance expense, net

The following table summarizes significant components of the Company's finance expenses:

|  | Year Ended December 31, | |
|---|---|---|
|  | 2016 | 2015 |
| Interest on Senior Secured Notes (note 9(i)) | $  7,513,498 | $  6,868,333 |
| Interest on Subordinated Note #1 (note 9(ii)) | 1,018,461 | 973,712 |
| Interest on Subordinated Note #2 (note 9(iii)) | 272,516 | 317,812 |
| Interest on Subordinated Note #3 (note 9(iv)) | 1,003,742 | 1,001,000 |
| Interest on Promissory Notes (note 9(v)) | 48,345 | 78,634 |
| Accretion of Discount on Senior Secured Notes (note 9(i)) | 4,531,618 | 2,437,860 |
| PIK Interest on Senior Secured Notes (note 9(i)) | 3,650,358 | - |
| Accretion of Discount on Subordinated Note #1 (note 9(ii)) | 234,737 | 200,952 |
| Accretion of Discount on Subordinated Note #2 (note 9(iii)) | 212,627 | 178,515 |
| Accretion of Discount on Subordinated Note #3 (note 9(iv)) | 321,900 | 260,201 |
| Foreign Exchange Loss (Gain) on Subordinated Note #2 (note 9(iii)) | 70,802 | (507,224) |
| (Gain) Loss on Modification of Debts (note 9) | - | (376,780) |
| Accretion of Asset Retirement Obligations (note 10) | 928,419 | 1,378,670 |
| Other | 76,635 | 64,942 |
| Total finance expense | 19,883,657 | 12,876,628 |
| Interest income | (131,986) | (130,000) |
| Total finance expense, net | $ 19,751,671 | $ 12,746,628 |

# Rooster Energy Ltd.

## Notes to Consolidated Financial Statements

## Years Ended December 31, 2016 and 2015
*(amounts in US dollars)*

16.  Income taxes

(a)  Deferred income tax recovery

The provision for income taxes differs from the results which would have been obtained by applying the combined federal and state income tax rate to the Company's loss before income tax. The difference results from the following items:

|  | Year Ended December 31 | |
|---|---|---|
|  | 2016 | 2015 |
| Loss before income taxes | $ (71,357,468) | $ (26,989,274) |
| Statutory Tax Rate (1) | 35% | 35% |
| Expected income tax expense (recovery) | (24,975,000) | (9,446,000) |
| Difference resulting from: |  |  |
| Stock-based compensation | 46,000 | 370,000 |
| True-up of provision to tax returns and other | (78,000) | 1,471,000 |
| Change in deferred tax assets not recognized | 24,905,000 | (199,000) |
| Total income tax recovery | $ (102,000) | $ (7,804,000) |

(1) The US federal tax rate is 35%. The majority of the Company's producing petroleum and natural gas interests are currently located offshore in US federal waters.

- 43 -

# Rooster Energy Ltd.

## Notes to Consolidated Financial Statements

### Years Ended December 31, 2016 and 2015
*(amounts in US dollars)*

(b)  Deferred income tax assets and liabilities:

The components of the Company's deferred income tax liabilities (assets) and associated movements are as follows:

| | December 31, 2015 | Recognized in Loss | December 31, 2016 |
|---|---|---|---|
| Property and equipment and exploration and evaluation assets | $  23,887,000 | $ (24,305,000) | (418,000) |
| Commodity contracts | 2,861,000 | (3,217,000) | (356,000) |
| Decommissioning contracts receivable and deferred revenue | 19,535,000 | (5,887,000) | 13,648,000 |
| Loans payable | 1,966,000 | (2,013,000) | (47,000) |
| Asset retirement obligations | (21,012,000) | 6,428,000 | (14,584,000) |
| US net operating losses | (33,145,000) | 3,974,000 | (29,171,000) |
| Canadian non-capital losses | (1,306,000) | (116,000) | (1,422,000) |
| Share issuance costs and other temporary differences | (77,000) | 129,000 | 52,000 |
| Deferred income tax assets not recognized | 1,370,000 | 24,905,000 | 26,275,000 |
| Deferred income tax assets | $  (5,921,000) | $  (102,000) | $  (6,023,000) |

| | December 31, 2014 | Recognized in Loss | December 31, 2015 |
|---|---|---|---|
| Property and equipment and exploration and evaluation assets | $  27,178,000 | $  (3,291,000) | 23,887,000 |
| Commodity contracts | 2,510,000 | 351,000 | 2,861,000 |
| Decommissioning contracts receivable and deferred revenue | 25,593,000 | (6,058,000) | 19,535,000 |
| Loans payable | 172,000 | 1,794,000 | 1,966,000 |
| Asset retirement obligations | (32,792,000) | 11,780,000 | (21,012,000) |
| Temporary differences related to members prior to the Transaction (note 6) | - | | - |
| US net operating losses | (20,764,000) | (12,381,000) | (33,145,000) |
| Canadian non-capital losses | (1,427,000) | 121,000 | (1,306,000) |
| Share issuance costs and other temporary differences | (156,000) | 79,000 | (77,000) |
| Deferred income tax assets not recognized | 1,569,000 | (199,000) | 1,370,000 |
| Deferred income tax assets | $  1,883,000 | $  (7,804,000) | $  (5,921,000) |

The Company recognized a net deferred tax asset based on the independently evaluated reserve report, remaining cash to be collected from decommissioning contracts receivable (note 10) and projected future net income from well services.

- 44 -

# Rooster Energy Ltd.
## Notes to Consolidated Financial Statements
### Years Ended December 31, 2016 and 2015
*(amounts in US dollars)*

17. Loss per share

    Basic and diluted loss per share for the years ended December 31, 2016 and 2015 has been calculated using the weighted average number of common shares outstanding plus the weighted average number of proportionate voting shares outstanding at the conversion ratio of 1,000 common shares for each outstanding proportionate voting share, totalling 324,099,502 (2015 – 324,099,052). All outstanding options and warrants were excluded from the calculation of diluted loss per share for the years ended at December 31, 2016 and 2015, as they were anti-dilutive.

18. Supplemental cash flow information

    (a) Changes in non-cash working capital, excluding non-cash changes for the decrease in restricted cash, comprise the following:

| | Year Ended December 31 | |
| --- | --- | --- |
| | 2016 | 2015 |
| Sources (uses) of cash: | | |
| Restricted cash | $ 623,011 | $ 219,144 |
| Accounts receivable | 9,916,878 | (5,483,807) |
| Prepaid expenses | 1,270,087 | 1,382,808 |
| Asset retirement deposits | (623,011) | (219,144) |
| Accounts payable and accrued liabilities | (3,166,091) | (290,122) |
| Current portion of due to related parties | (503,991) | 1,242,174 |
| Changes in non-cash working capital | $ 7,516,883 | $ (3,148,948) |
| | | |
| Related to operating activities | $ 8,196,589 | $ (2,377,105) |
| Related to investing activities | (679,706) | (771,843) |
| | | |
| | $ 7,516,883 | $ (3,148,948) |

    (b) Cash is comprised of bank balances as of December 31, 2016 and 2015.

    (c) Interest and income taxes paid

        The Company paid interest of $6,950,242 and $6,946,968 during the years ended December 31, 2016 and 2015, respectively.

- 45 -

19.   Commitments

The Company leases its corporate headquarters in Houston, Texas, under a non-cancellable operating lease expiring in June 2017. The Company is obligated to pay $120,175 rental payments under this lease during 2017.

The Company also leases a field office facility in Abbeville, Louisiana under a non-cancellable operating lease that renews annually. The monthly rent is $2,400.

20.   Other related party transactions

Balances due to (from) related parties at December 31, 2016 and 2015 are as follows:

| | December 31, | |
| :--- | ---: | ---: |
| **Balances due to (from) related parties** | **2016** | **2015** |
| Due to related parties [1] | $ 11,317,055 | $      11,821,046 |
| Subordinated note payable #2 (note 9(iii)) [2] | 879,897 | 772,200 |
| Accrued interest payable on Subordinated note #2 (note 9(iii) [2] | 347,204 | 232,524 |
| Subordinated note payable #3 (note 9(iv)) | 5,953,681 | 5,631,781 |
| Accrued interest payable on Subordinated note #3 (note 9(iv)) | 2,729,808 | 1,726,066 |
| Note and accrued interest receivable (note 6) | (4,365,068) | (4,234,712) |

(1) Represents amounts payable to related parties in the ordinary course of business for operating expenses, capital expenditures and asset retirement obligations settlements. Payments are made as cash flows allow within the constraints of the Note Purchase Agreement (note 9(i)). The amounts are unsecured, non-interest bearing, and have no fixed terms of repayment. See also note 22.

(2) Sixty percent of the subordinated note #2 was due to a significant shareholder of the Company. As at September 1, 2015, this shareholder ceased to be a significant shareholder of the Company. At December 31, 2015, accrued interest payable on this former significant shareholder was $348,785. The remaining forty percent of the subordinated #2 is held by another significant shareholder of the Company, for which accrued interest payable at December 31, 2015 was $232,524.

Related party transactions during the year are as follows:

| | Year Ended December 31, | |
|---|---|---|
| | **2016** | **2015** |
| Services provided by related parties [1] | $7,259,905 | $ 3,330,333 |
| Interest expense on subordinated note #1 (note 9(ii)) [2] | - | 649,141 |
| Interest expense on subordinated note #2 (note 9(iii)) [3] | 109,006 | 254,250 |
| Interest expense on subordinated note #3 (note 9(iv)) | 1,003,742 | 1,001,000 |
| Interest income on note receivable (note 6) | 130,356 | 130,000 |

(1) Services provided by related parties during the years ended December 31, 2016 and 2015 primarily related to operating expenses, capital expenditures and asset retirement obligations settlements. They were considered by management to be in the normal course of business and transacted on terms equivalent to those that would have prevailed in an arm's length transaction

(2) The subordinated note #1 was due to a significant shareholder of the Company. As at September 1, 2015, this shareholder ceased to be a significant shareholder of the Company. The interest expense for the period of January 1, 2015 to the date this shareholder ceased to be a significant shareholder of the Company was $649,141

(3) Sixty percent of the subordinated note #2 was due to a significant shareholder of the Company. As at September 1, 2015, this shareholder ceased to be a significant shareholder of the Company. At December 31, 2015, the interest expense for the period of January 1, 2015 to the date this shareholder ceased to be a significant shareholder of the Company was $127,125. The remaining forty percent of the subordinated #2 is held by another significant shareholder of the Company, for which the interest expense at December 31, 2015 was $127,125.

Effective November 17, 2014, the Company, Chet Morrison Contractors, LLC, and the Senior Secured Note holders (note 10(i)) entered into a subordination agreement that prohibits payment by the Company of accounts payable, classified as due to related parties on the consolidated balance sheet of the Company, due and owing to Chet Morrison Contractors, LLC, in excess of the amount of $2,717,581.

Additional related party transactions relating to the Company's related party loans payable are outlined in note 9.

21.  Segmented information

The Company is an oil & natural gas exploration & production company with an integrated down-hole and subsea plugging & abandonment services business.  As at December 31, 2016 and 2015, the Company has two reportable segments: oil & natural gas, and well services. The Company's operations are located in the shallow waters off the southern coast of Louisiana and Texas.  Management monitors the operating results of each segment separately for the purpose of making decisions about resource allocation and performance assessment.  The Corporate segment does not represent an operating segment and is included for informational purposes only.  Corporate segment expenses consist of public company costs as well as salaries, stock-based compensation and office and administrative costs relating to corporate employees.

# Rooster Energy Ltd.
## Notes to Consolidated Financial Statements
## Years Ended December 31, 2016 and 2015
(amounts in US dollars)

| | Year ended December 31, 2016 | | | | |
| Operating Segments | Petroleum and natural gas | Well Services | Corporate allocations | Intercompany eliminations | Consolidated |
|---|---|---|---|---|---|
| **Revenue** | | | | | |
| Petroleum and natural gas | $ 12,390,821 | | | | $ 12,390,821 |
| Well services | | 14,001,380 | | (6,060,039) | 7,941,341 |
| Decommissioning contracts | | 12,515,007 | | | 12,515,007 |
| Production handling | 639,592 | | | | 639,592 |
| Revenue before the following | 13,030,412 | 26,516,387 | - | (6,060,039) | 33,486,760 |
| Realized gain on commodity contracts | 9,029,375 | | | | 9,029,375 |
| Unrealized loss on commodity contracts | (9,190,848) | | | | (9,190,848) |
| Total revenue | 12,868,940 | 26,516,387 | - | (6,060,039) | 33,325,288 |
| **Expenses** | | | | | |
| Lease operating | 13,580,513 | | | (97,823) | 13,482,690 |
| Cost of well services | | 9,045,370 | | (3,550,651) | 5,494,719 |
| General and administrative | 861,818 | 4,069,412 | 1,444,103 | | 6,375,332 |
| Depreciation and depletion | 1,357,620 | 2,617,017 | 56,322 | | 4,030,959 |
| Repairs and maintenance | | 394,734 | | | 394,734 |
| Bad debt expense | 132,599 | | | | 132,599 |
| Stock-based compensation | 1,842 | | 128,721 | | 130,563 |
| Impairment of oil and gas properties | 55,976,249 | | | | 55,976,249 |
| Asset retirement expense | 3,327,060 | | | | 3,327,060 |
| Impairment of exploration and evaluation assets | 277,172 | | | | 277,172 |
| Total expenses | 75,514,874 | 16,126,533 | 1,629,146 | (3,648,473) | 89,622,079 |
| Operating income (loss) | (62,645,934) | 10,389,854 | (1,629,146) | (2,411,566) | (56,296,791) |
| Gain on asset retirement obligations | | 4,690,995 | | | 4,690,995 |
| Finance expense, net | (19,741,139) | (10,532) | | | (19,751,671) |
| Income (loss) before income taxes | (82,387,072) | 15,070,317 | (1,629,146) | (2,411,566) | (71,357,468) |

| | Year ended December 31, 2015 | | | | |
| Operating Segments | Petroleum and natural gas | Well Services | Corporate allocations | Intercompany eliminations | Consolidated |
|---|---|---|---|---|---|
| **Revenue** | | | | | |
| Petroleum and natural gas | $ 20,194,751 | | | | $ 20,194,751 |
| Well services | | 27,912,796 | | (7,186,707) | 20,726,089 |
| Decommissioning contracts | | 17,041,325 | | | 17,041,325 |
| Production handling | 206,876 | | | | 206,876 |
| Revenue before the following | 20,401,626 | 44,954,121 | - | (7,186,707) | 58,169,040 |
| Realized gain on commodity contracts | 8,287,582 | | | | 8,287,582 |
| Unrealized gain on commodity contracts | 1,003,195 | | | | 1,003,195 |
| Total revenue | 29,692,403 | 44,954,121 | - | (7,186,707) | 67,459,817 |
| **Expenses** | | | | | |
| Lease operating | 20,857,708 | | | (125,105) | 20,732,602 |
| Cost of well services | | 17,869,093 | | (4,897,026) | 12,972,067 |
| General and administrative | 2,066,294 | 6,378,529 | 4,024,164 | | 12,468,987 |
| Depreciation and depletion | 2,977,801 | 3,197,484 | 69,130 | | 6,244,415 |
| Repairs and maintenance | | 994,982 | | | 994,982 |
| Bad debt expense | 718,072 | 80,714 | | | 798,786 |
| Stock-based compensation | 323,970 | | 733,530 | | 1,057,501 |
| Impairment of oil and gas properties | 27,968,266 | | | | 27,968,266 |
| Asset retirement expense | 3,281,784 | | | | 3,281,784 |
| Total expenses | 58,193,895 | 28,520,802 | 4,826,825 | (5,022,131) | 86,519,391 |
| Operating income (loss) | (28,501,491) | 16,433,319 | (4,826,825) | (2,164,576) | (19,059,573) |
| Gain on asset retirement obligations | | 4,815,928 | | | 4,815,928 |
| Unrealized gain on financing warrants | 1,000 | | | | 1,000 |
| Finance expense, net | (12,738,428) | (8,200) | | | (12,746,628) |
| Income (loss) before income taxes | (41,238,920) | 21,241,046 | (4,826,825) | (2,164,576) | (26,989,274) |

# Rooster Energy Ltd.

## Notes to Consolidated Financial Statements

## Years Ended December 31, 2016 and 2015

*(amounts in US dollars)*

| | December 31, 2016 | | | | |
|---|---|---|---|---|---|
| Operating Segments | Petroleum and natural gas | Well Services | Corporate allocations | Intercompany eliminations | Consolidated |
| Current assets | $ 59,107,173 | $ 17,734,652 | | $ (37,675,079) | $ 39,166,746 |
| Decommissioning contracts receivable | - | 7,232,175 | | | 7,232,175 |
| Property and equipment | 19,589,742 | 5,661,236 | 43,772 | (206,656) | 25,088,094 |
| Note receivable | | | 7,482,335 | (3,117,267) | 4,365,068 |
| Asset retirement deposits | 2,496,800 | | | | 2,496,800 |
| Total assets | 87,216,716 | 30,628,063 | 7,526,106 | (40,999,002) | 84,371,883 |
| Current liabilities | 119,242,871 | 14,888,385 | | (25,914,794) | 108,216,461 |
| Total liabilities | 164,770,866 | 24,888,385 | | (35,914,794) | 153,744,457 |

| | December 31, 2015 | | | | |
|---|---|---|---|---|---|
| Operating Segments | Petroleum and natural gas | Well Services | Corporate allocations | Intercompany eliminations | Consolidated |
| Current assets | $ 72,444,194 | $ 14,335,353 | | $ (27,532,939) | $ 59,246,608 |
| Decommissioning contracts receivable | 1,500,000 | 14,188,958 | | | 15,688,958 |
| Exploration and evaluation assets | 242,172 | | | | 242,172 |
| Property and equipment | 75,669,179 | 8,278,253 | 92,389 | (159,398) | 83,880,422 |
| Note receivable | | | 7,351,979 | (3,117,267) | 4,234,712 |
| Asset retirement deposits | 1,873,789 | | | | 1,873,789 |
| Total assets | 175,383,747 | 22,613,606 | 7,444,367 | (30,809,604) | 174,632,117 |
| Current liabilities | 82,959,170 | 11,970,418 | | (18,136,962) | 76,792,626 |
| Total liabilities | 179,046,330 | 21,970,418 | | (28,136,962) | 172,879,786 |

22. Contingencies

Certain claims and counterclaims have been filed against the Company which arise in the normal course of business. Management has assessed these claims to be without merit and/or the Company expects to be fully indemnified, and the likelihood of material loss to the Company is remote. Accordingly, no amounts have been accrued to December 31, 2016 relating to these claims.

At December 31, 2016, the Company had an aggregate of approximately $38 million posted in surety bonds in favor of Bureau of Ocean Energy Management (BOEM) and/or third parties (predecessors in lease title) to secure the performance of its oil and gas lease obligations including satisfaction of asset retirement obligations. In Q4 2016, the Company received notice from BOEM that it estimated the decommissioning liabilities of the Company to be $149,266,862 and it intended to issue orders for the Company to provide additional financial security on its leases in that amount unless the Company submitted written notification of disputes within thirty days of the notification. The Company disagreed with the proposed assessed liability amounts and timely disputed same as provided for by BOEM regulations. The Company provided support for inaccurate facts relied upon by BOEM in its assessment as well as estimates of third party contractors to perform decommissioning that are much less than the estimates of BOEM. Subsequently, BOEM issued an order for the Company to provide additional financial security in the amount of $673,194 on or before May 27, 2017. If the Company fails to comply with the order within the time period specified it may result in penalties, suspension of production and other operations and/or lease cancellation all of which could negatively impact the oil and gas operations of the Company.

As of December 31, 2016, Chet Morrison Contractors, LLC (CMC) has asserted that $727,764 related to refunds of insurance premiums for the Well Services segment, which the Company has recognized as a credit to general and administrative expenses during the year ended December 31, 2016, is owed by the Company to CMC as the refunds related to premiums paid prior to Rooster's acquisition of Morrison Well Services, LLC in November, 2014. Rooster disputes this claim and maintains that the refunds belong to the Company. It is management's opinion that the disputed amount lacks merit and the likelihood of any additional amounts owing to CMC is not probable. As such, no further amounts have been accrued in due to related parties (note 20) in the consolidated financial statements as at December 31, 2016.

23.  Subsequent events

In November 2016, the Company received a notice of default for non-compliance with two covenants of the Second Amendment.  While the holders of the Senior Secured Notes did not accelerate payment, they did reserve all legal rights and remedies.  On February 3, 2017, the Company entered into a Limited Forbearance and Reservation of Rights Agreement (the "Forbearance Agreement") with the holders of the Senior Secured Notes.  Pursuant to the Forbearance Agreement, the holders of the Senior Secured Notes agreed to forbear from exercising certain of their rights and remedies under the Second Amendment during a standstill period that terminated on March 3, 2017.

Following the termination of the Forbearance Agreement, on March 10, 2017, the Company entered into the Third Amendment to the A&R NPA with the holders of the Senior Secured Notes (the "Third Amendment").  Pursuant to the Third Amendment, the holders agreed to waive the penalty interest and fees that the Company became obligated to pay at termination of the Forbearance Agreement if a deal to restructure the Senior Secured Notes was agreed to prior to March 24, 2017.  No other defaults by the Company have been waived or cured by the Third Amendment.

On March 24, 2017, the Company entered into a non-binding term sheet setting forth the general terms of a potential acceptable restructuring of the A&R NPA.  The Company is and continues to conduct business as usual and will continue in negotiations with the holders of the Senior Secured Notes to restructure the terms and conditions of the A&R NPA and its obligations thereunder in accordance with the term sheet. However, the holders of the Senior Secured Notes may exercise their remedies against the Company at any time since there is no forbearance agreement currently in place.  In that event, or if the Company is ultimately unable to finalize the documents to satisfactorily restructure the Senior Secured Notes, then the Company would in all likelihood exercise all of its available alternatives to preserve the going concern value of the Company.  Such alternatives could include filing a voluntary petition for relief under Chapter 11 of the U.S. Bankruptcy code, with recognition of any orders entered thereunder in the appropriate jurisdiction in Canada.

Subsequent to December 31, 2016, the Company has made cash payments totaling $5,762,000 towards the Senior Secured Notes that has been applied towards principal reduction.  In addition, as of April 28, 2017, the Company has made all interest payments due on the Senior Secured Notes.

Subsequent to December 31, 2016, the matter entitled DeepCor Marine, Inc. versus Rooster Petroleum, LLC, Case No. 179724, 32nd Judicial District Court, Terrebonne Parish, LA (4/18/17), was commenced against a subsidiary of the Company.  It is a suit on open account for services rendered seeking judgment in the amount of $943,498, plus legal interest and attorney fees. The portion of this amount relating to services performed prior to December 31, 2016 is included in accounts payable at December 31, 2016.  The Company disputes the allegations and intends to defend the action.