# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | § | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| ROOSTER ENERGY, L.L.C., *et al.*[1] | § | Case No. 17-50705 |
| | § | |
| Debtors. | § | (Joint Administration Requested) |
| | § | (Emergency Hearing Requested) |

### AMENDED NOTICE OF HEARING ON MOTION FOR ORDER AUTHORIZING ROOSTER PETROLEUM, LLC TO OBTAIN POSTPETITION FINANCING OF INSURANCE PREMIUM

**PLEASE TAKE NOTICE** that on June 16, 2017, Rooster Energy, L.L.C., Rooster Energy Ltd., Rooster Petroleum, LLC, Rooster Oil & Gas, LLC, Probe Resources US Ltd., Cochon Properties, LLC, and Morrison Well Services, LLC (collectively the "Debtors") filed an *Emergency Motion For Order Pursuant To 11 U.S.C. §§ 105, 364, Fed R. Bankr. P. Rule 4001(c) Authorizing Rooster Petroleum, LLC To Obtain Postpetition Financing Of Insurance Premium And Granting Related Relief* [Doc. 123] (the "Motion"). Copies of the Motion and all exhibits and supporting declarations referenced are available through the Clerk of the United States Bankruptcy Court, through the Court's website, www.lawb.uscourts.gov, or upon written request to the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that an expedited hearing on the Application will be set for **FRIDAY, JUNE 23, 2017 AT 1:00 P.M. CENTRAL TIME** before the Honorable Judge Robert Summerhays, United States Courthouse, 214 Jefferson Street, Suite 100, Lafayette, Louisiana 70501-7050201.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Rooster Energy, L.L.C. (7323); Rooster Energy Ltd. (9700); Rooster Petroleum, LLC (8665); Rooster Oil & Gas, LLC (8968); Probe Resources US Ltd. (0456); Cochon Properties, LLC (1694); and Morrison Well Services, LLC (9531). The Debtors' service address is 16285 Park Ten Place, Suite 120, Houston, TX 77084.

1

Dated: June 19, 2017　　　　　　　　Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**

By: */s/ Lacey E. Rochester*
　　Jan M. Hayden
　　Louisiana Bar No. 6672
　　Edward H. Arnold III
　　Louisiana Bar No. 18767
　　Lacey E. Rochester
　　Louisiana Bar No. 34733
　　201 St. Charles Avenue, Suite 3600
　　New Orleans, Louisiana 70170
　　Telephone: (504) 566-5200
　　Facsimile: (504) 636-4000
　　jhayden@bakerdonelson.com
　　lrochester@bakerdonelson.com

　　AND

　　Susan C. Mathews (*pro hac vice application granted*)
　　Texas Bar No. 05060650
　　Daniel J. Ferretti (*pro hac vice application granted*)
　　Texas Bar No. 24096066
　　1301 McKinney St., Suite 3700
　　Houston, TX 77010
　　(713) 650-9700
　　(713) 650-9701 – Facsimile
　　smathews@bakerdonelson.com
　　dferretti@bakerdonelson.com

　　*Proposed Counsel for the Debtors and Debtors in Possession*

2

4837-9570-5930 v1