

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

MINUTE ENTRY

17-50705 Rooster Energy, L.L.C.    Chapter: 11

#14 (1) Motion for Use of Cash Collateral filed by DIP

#123 (2) Emergency Motion for Order Authorizing Rooster Petroleum, LLC to Obtain Post-Petition Financing of Insurance Premium

#124 (3) Emergency Motion for Order Authorizing Cochon Properties, LLC to Obtain Post-Petition Financing of Insurance Premium

#129 (4) Emergency Motion for Order Authorizing the Debtors to Pay Pre-Petition Obligations Due to Certain Critical Vendors

#23 (5) Application to Employ Baker Donelson, Bearman, Caldwell & Berkowitz, P.C. as Debtors' Counsel

APPEARANCES:

Dan Farretti representing DIP
Louis Phillips for Angelo Gordan
Kent Aguillard for DLS

RULING: (1) Final hearing is continued to July 11, 2017.

(2) Motion is granted.

(3) Motion is granted.

(4) Motion is granted.

(5) Final hearing is continued to July 11, 2017.

ORDER TO BE PREPARED BY: Parties

Date:  June 23, 2017