# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: § | Chapter 11 |
| § | |
| ROOSTER ENERGY, L.L.C., *et al.*[1] § | Case No. 17-50705 |
| § | |
| Debtors. § | (Jointly Administered) |

## LIST OF EQUITY SECURITY HOLDERS FOR ROOSTER ENERGY, LTD.

On June 2, 2017 (the "Petition Date"), the above-referenced debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under Chapter 11 of title 11 of the United States Code. As each of the Corporate Ownership Statements filed in the Debtors' cases indicate, Rooster Energy Ltd. is the ultimate parent company of the Debtors, and each of the other Debtors are, either directly or indirectly, wholly owned subsidiaries of Rooster Energy Ltd. The following is a list of the holders of common shares in Rooster Energy Ltd. as of the Petition Date:

| Name | Address | Number of Shares |
|---|---|---|
| Morrison Energy Group LLC | 9 Bayou Dularge Rd, Houma, LA 70363 | 161,596,958 |
| Chester F. Morrison, Jr. | 9 Bayou Dularge Rd, Houma, LA 70363 | 60,210,799 |
| CDS & Co (NCI) | PO Box 1038 Stn A, 25 The Esplanade, Toronto, ON, M5W 1G5 | Unknown |
| Brett P. Blanchard | 2811 Waverly Bend, Katy, TX 77450 | 5,502,711 |
| Leroy F. Guidry Jr. | 303 Apache Rd, Houma, LA 70360 | 5,155,711 |
| Kurt Crosby | 107 Bocage Dr, Houma, LA 70360 | 2,333,333 |
| Robert P. Murphy | 3855 W Bay Circle, Dallas, TX 75214 | 2,665,667 |
| The Liquidating Trust | c/o Jeffrey Compton, Two Houston Center, 909 Fannin, Suite 3275, Houston, TX 77010 | 1,375,889 |
| Susan H. Morrison | 309 Keystone Loop, Houma, LA 70360 | 416,667 |
| SNC Family Partners LLC | 1000 Park Ave 6C, New York, NY 10028 | 333,333 |
| Morrison Equipment Inc. | PO Box 1363, Houma, LA 70361 | 250,000 |
| Steven A. Weyel | 2402 Drexel Dr, Houston, TX 77027 | 83,333 |
| Tod J. Darcey | 8427 E Copper Village Dr, Houston, TX 77095 | 82,700 |

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Rooster Energy, L.L.C. (7323); Rooster Energy Ltd. (9700); Rooster Petroleum, LLC (8665); Rooster Oil & Gas, LLC (8968); Probe Resources US Ltd. (0456); Cochon Properties, LLC (1694); and Morrison Well Services, LLC (9531). The Debtors' service address is 16285 Park Ten Place, Suite 120, Houston, TX 77084

| Kenneth F. Tamplain, Jr | 1123 Joshua Ln, Houston, TX 77055 | 131,000 |
| Rooster Resources, LLC | P.O. Box 3301, Houma, LA 70361-3301 | 52,656,000 |
| Chester F. Morrison | 868 High Street, Houma, LA 70360 | 41,667 |
| J. Munro Sutherland | 14 Braid Ave., Edinburgh, UK EH10 6EE | 450,000 |

Dated: July 10, 2017

Respectfully submitted,

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

By: /s/ *Lacey E. Rochester*
Jan M. Hayden
Louisiana Bar No. 6672
Edward H. Arnold III
Louisiana Bar No. 18767
Lacey Rochester
Louisiana Bar No. 34733
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
jhayden@bakerdonelson.com

AND

Susan C. Mathews
(*pro hac vice admission granted*)
Texas Bar No. 05060650
Daniel J. Ferretti
(*pro hac vice admission granted*)
Texas Bar No. 24096066
1301 McKinney St., Suite 3700
Houston, TX 77010
(713) 650-9700
(713) 650-9701 – Facsimile
smathews@bakerdonelson.com
dferretti@bakerdonelson.com

*Counsel for the Debtors and Debtors in Possession*