**SO ORDERED.**

**SIGNED May 1, 2018.**



_____
**ROBERT SUMMERHAYS**
**UNITED STATES BANKRUPTCY JUDGE**
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | Chapter 11 |
| ROOSTER ENERGY, L.L.C., *et al.*[1] | § § | Case No. 17-50705 |
| Debtors. | § § § | (Jointly Administered) |

### ORDER GRANTING OBJECTION TO CLAIMS
### FILED BY ROBERT MURPHY (R. DOC. 660)

The Court having considered the Objection (the "Objection") to Claims of Robert Murphy asserted against Rooster Energy, L.L.C., Cochon Properties, LLC, Morrison Well Services, LLC, and Rooster Energy Ltd. (collectively, "Debtors") as provided in (i) Claim # 55 filed against Rooster Energy, L.L.C. in Case No. 17-50705; (ii) Claim # 18 filed against Cochon Properties, LLC in Case No. 17-50706; (iii) Claim # 21 filed against Morrison Well Services, LLC in Case No. 17-50710; and (iv) Claim # 8 filed against Rooster Energy Ltd. in Case No. 17-

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Rooster Energy, L.L.C. (7323); Rooster Energy Ltd. (9700); Cochon Properties, LLC (1694); and Morrison Well Services, LLC (9531). The Debtors' service address is 16285 Park Ten Place, Suite 120, Houston, TX 77084.

50707, (collectively, the "Claims"), and the representations therein, that was scheduled for January 30, 2018 at 10:00 a.m., before this Court, and having found that the Objection was properly noticed and that no opposition or objection to the Objection was filed; considering the records, good cause existing therefor;

IT IS ORDERED that the Objection is SUSTAINED. Robert Murphy shall have an allowed unsecured claim against Rooster Energy Ltd. only, in Case No. 17-50707, in the amount of $500,000.00. All other Claims against all other Debtors are DISALLOWED in full.

###

**ORDER PREPARED AND SUBMITTED BY BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ**
A Professional Corporation

By: */s/ Jan M. Hayden*
    **Jan M. Hayden**
    Louisiana Bar No. 6672
    **Edward H. Arnold III**
    Louisiana Bar No. 18767
    Federal ID No. 17158
    **Lacey Rochester**
    Louisiana Bar No. 34733
    Federal ID No. 2394748
    201 St. Charles Avenue, Suite 3600
    New Orleans, Louisiana 70170
    Telephone: (504) 566-5200
    Facsimile: (504) 636-4000
    jhayden@bakerdonelson.com

AND

**Susan C. Mathews**(*pro hac vice* admission granted)
Texas Bar No. 05060650

Federal ID No. 8479
**Daniel J. Ferretti**(*pro hac vice* admission granted)
Texas Bar No. 24096066
Federal ID No. 2741909
1301 McKinney St., Suite 3700
Houston, TX 77010
(713) 650-9700
(713) 650-9701 – Facsimile
smathews@bakerdonelson.com
dferretti@bakerdonelson.com

*Counsel for the Reorganized Debtors*